UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MUCKROCK, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:20--cv-02474 |
| CENTRAL INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Minute Order entered by this Court on November 20, 2020, Plaintiff MuckRock, LLC ("MuckRock") and Defendant Central Intelligence Agency ("CIA") conferred and submit the following report on the status of the six Freedom of Information ("FOIA") requests at issue in this action:

1. Counts 1 (F-2020-01802) and 2 (F-2020-1999): The request in Count 1 seeks "[a]ll Regulatory Issuances as that term is defined in AR 1-3."[1] The request in Count 2 seeks "[a]ll information in regulations.cia." As explained in the prior Joint Status Report (ECF No. 12 ¶ 2), Regulations.cia is an internal CIA internet domain. It contains the following: (1) all current regulatory issuances; (2) messages indicating that (a) some regulatory issuances have been rescinded and (b) some regulatory numbers are reserved for future use; and (c) other general administrative information regarding regulatory issuances. CIA has completed searches and made its first interim response on January 29, 2021, by sending a letter enclosing a CD containing copies of 12 documents in full

---

[1] The request added "You may exclude any records which were released in full in response to Req. F-2014-00371 and remain in effect unchanged."

and 38 documents in part. CIA anticipates completing review and processing of approximately 75 documents every other month until production is complete, producing all non-exempt portions of such records. It proposes carrying out these productions on the 29th day of the month unless that date is a weekend or holiday, in which case, CIA will produce the documents the work day immediately preceding.

2.  Count 3 (F-2020-01799): This request seeks "'ARGO's procedures' as that term is used in AR 1-3, Sec. III(c)(5).[2] CIA has completed searches for responsive records and anticipates producing all non-exempt materials responsive to this request on March 29, 2021.

3.  Count 4 (F-2020-01800): This request seeks "[a]ll 'procedures to ensure effective implementation of regulatory issuances' pursuant to AR 1-3, Section III(C)(7) which were developed after 1/1/2014." Many regulatory issuances that CIA has already produced in *MuckRock I* and is presently working to produce in response to Counts 1 and 2 above are responsive to this request. In particular, pursuant to AR 1-3, the Agency Guidance (AG) records already produced and those currently being reviewed for production are defined as "documents that provide instruction, guidance, implementation procedures or administrative or technical details associated with Agency Regulations AR." In light of CIA's prior and ongoing production of responsive records, the parties have agreed to stay this request pending CIA's production of additional records in related counts. Once Plaintiff has had a chance to review the material produced in response to

---

[2] A redacted copy of AR 1-3 as produced to Plaintiff in *MuckRock v. Central Intelligence Agency,* No. 14-997 (D.D.C.) ("*MuckRock I*") is attached as Exhibit A to the prior Joint Status Report. *See* ECF 12-1.

Counts 1 and 2, the parties will confer on whether and to what extent Plantiff may still seek additional records relating to this request.

4.      Counts 5 (F-2020-1998) and 6 (F-2020-01801): The requests in Counts 5 and 6 cite to two CADRE documents C05584446 and C05584448 which had been released in part.[3]  The request in Count 5 states that "CADRE documents C05584446 and C05584449 are 'Procedures' from an unknown system.  We request all similar 'Procedures' or related guidance documents from that system or, if that system is no longer in use, any system which currently performs the same function."  The request in Count 6 seeks "'the 12/04/09 Handbook' listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it."  CIA has completed searches for responsive records.  It anticipates producing all non-exempt portions of materials responsive to requests 5 and 6 on the next production date, March 29, 2021.

5.      The parties propose filing another status report on April 5, 2021.

                                                Respectfully submitted,

                                                BRIAN BOYNTON
                                                Acting Assistant Attorney General

                                                ELIZABETH J. SHAPIRO
                                                Deputy Branch Director

                                                s/Marcia K. Sowles
                                                MARCIA K. SOWLES
                                                DC Bar No. 369455
                                                Senior Trial Counsel
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch

---

[3] Copies of the two documents cited in the request were attached as Exhibits B and C to the parties' prior Joint Status Report.  *See* ECF Nos 12-2 and 12-3.

        1100 L. Street N.W.  Room 11028
        Washington, D.C.  20530
        Tel.: (202) 514- 4960
        Fax: (202) 616- 8470
        E-mail:  marcia.sowles@usdoj.gov

        Attorneys for Defendant


        s/Kelly B. McClanahan___
        KELLY B. MCCLANAHAN
        D.C. Bar No. 984704
        National Security Counselors
        4702 Levada Terrace
        Rockville, MD 20853
        Tel.: (301) 728-5908
        Fax: 240-682-2189
        E-mail: kel@nationalsecuritylaw.org

        Attorney for Plaintiff