UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.                                   ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, ) <br> ) <br> Defendant.                    ) | Civil Action No. <br> 1:20--cv-02474 |

**JOINT STATUS REPORT**

Pursuant to the Minute Order entered by this Court on February 9, 2021, Plaintiff MuckRock, LLC ("MuckRock") and Defendant Central Intelligence Agency ("CIA") conferred and submit the following report on the status of the six Freedom of Information ("FOIA") requests at issue in this action:

1. <u>Counts 1 (F-2020-01802) and 2 (F-2020-1999)</u>: The request in Count 1 seeks "[a]ll Regulatory Issuances as that term is defined in AR 1-3."[1] The request in Count 2 seeks "[a]ll information in regulations.cia."[2]  As explained in the Joint Status Report filed February 5, 2021, CIA anticipates completing review and processing of approximately 75 documents every other month until production is complete, producing

---

[1] The request added "You may exclude any records which were released in full in response to Req. F-2014-00371 and remain in effect unchanged."

[2] As explained in the first Joint Status Report (ECF No. 12 ¶ 2), Regulations.cia is an internal CIA internet domain.  It contains the following: (1) all current regulatory issuances; (2) messages indicating that (a) some regulatory issuances have been rescinded and (b) some regulatory numbers are reserved for future use; and (c) other general administrative information regarding regulatory issuances.

all non-exempt portions of such records. See ECF No. 13, ¶ 1.[3] On March 29, 2021, made its second interim response by sending (via Fed Ex) a letter enclosing a CD containing the records produced in part. In making this production, CIA processed 77 documents, releasing 52 records in part and withholding 25 in full.

2.   Count 3 (F-2020-01799): This request seeks "'ARGO's procedures' as that term is used in AR 1-3, Sec. III(c)(5).[4] On March 29, 2021, CIA made its final response to this request, releasing 4 records in part and withholding 1 record in full.

3.   Count 4 (F-2020-01800): This request seeks "[a]ll 'procedures to ensure effective implementation of regulatory issuances' pursuant to AR 1-3, Section III(C)(7) which were developed after 1/1/2014." Many regulatory issuances that CIA has already produced in *MuckRock I* and is presently working to produce in response to Counts 1 and 2 above are responsive to this request. In particular, pursuant to AR 1-3, the Agency Guidance (AG) records already produced and those currently being reviewed for production are defined as "documents that provide instruction, guidance, implementation procedures or administrative or technical details associated with Agency Regulations AR." As explained in the prior Joint Status Report, in light of CIA's prior and ongoing production of responsive records, the parties have agreed to stay this request pending CIA's production of additional records in related counts. ECF No. 13, ¶ 3. Once Plaintiff has had a chance to review the material produced in response to Counts 1 and 2,

---

[3] CIA proposed carrying out these productions on the 29th day of the month unless that date is a weekend or holiday, in which case, CIA will produce the documents the work day immediately preceding. *Id.*

[4] A redacted copy of AR 1-3 as produced to Plaintiff in *MuckRock v. Central Intelligence Agency,* No. 14-997 (D.D.C.) ("*MuckRock I*") is attached as Exhibit A to the prior Joint Status Report. *See* ECF 12-1.

the parties will confer on whether and to what extent Plantiff may still seek additional records relating to this request.

4. <u>Counts 5 (F-2020-1998) and 6 (F-2020-01801)</u>: The requests in Counts 5 and 6 cite to two CADRE documents C05584446 and C05584448 which had been released in part.[5] The request in Count 5 states that "CADRE documents C05584446 and C05584449 are 'Procedures' from an unknown system. We request all similar 'Procedures' or related guidance documents from that system or, if that system is no longer in use, any system which currently performs the same function." The request in Count 6 seeks "'the 12/04/09 Handbook' listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it." In the most recent joint status report, CIA had indicated that it anticipated completing its processing and producing of all non-exempt portions of material responsive to these two requests by March 29, 2021. ECF No. 13, ¶ 4. CIA was not able to meet that goal because these documents require further review. CIA anticipates producing documents responsive to these requests before the next scheduled production date, May 28, 2021.

5. The parties propose filing another status report on June 7, 2021.

Respectfully submitted,

BRIAN BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

---

[5] Copies of the two documents cited in the request were attached as Exhibits B and C to the parties' prior Joint Status Report. *See* ECF Nos 12-2 and 12-3.

s/Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street N.W. Room 11028
Washington, D.C. 20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail: marcia.sowles@usdoj.gov

Attorneys for Defendant


s/Kelly B. McClanahan
KELLY B. MCCLANAHAN
D.C. Bar No. 984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Tel.: (301) 728-5908
Fax: 240-682-2189
E-mail: kel@nationalsecuritylaw.org

Attorney for Plaintiff