UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, ) <br> ) <br> Defendant. ) | Civil Action No. <br> 1:20-cv-02474 |

## JOINT STATUS REPORT

Pursuant to the Minute Order entered by this Court on December 6, 2021, Plaintiff MuckRock, LLC ("MuckRock") and Defendant Central Intelligence Agency ("CIA") conferred and submit the following report on the status of the six Freedom of Information ("FOIA") requests at issue in this action:

1. <u>Counts 1 (F-2020-01802) and 2 (F-2020-1999)</u>: The request in Count 1 seeks "[a]ll Regulatory Issuances as that term is defined in AR 1-3."[1] The request in Count 2 seeks "[a]ll information in regulations.cia."[2] As explained in the Joint Status Report filed February 5, 2021, CIA anticipates completing review and processing of approximately 75 documents every other month until production is complete, producing all non-exempt

---

[1] The request added "You may exclude any records which were released in full in response to Req. F-2014-00371 and remain in effect unchanged."

[2] As explained in the first Joint Status Report (ECF No. 12 ¶ 2), Regulations.cia is an internal CIA internet domain. It contains the following: (1) all current regulatory issuances; (2) messages indicating that (a) some regulatory issuances have been rescinded and (b) some regulatory numbers are reserved for future use; and (c) other general administrative information regarding regulatory issuances.

portions of such records. See ECF No. 13, ¶ 1.[3] On January 28, 2022, CIA made its seventh interim response by sending (via Fed Ex) a letter stating that CIA processed 75 documents, releasing 55 documents in full and withholding 20 in full. CIA estimates that there are approximately 475 documents responsive to one or both of these requests that remain to be processed. On December 6, 2021, Plaintiff filed a Motion to Compel Defendant to Seek an *Open America Stay* with regard to the processing of these two requests. *See* ECF No. 19. CIA filed its opposition (ECF No. 20) on December 20, 2021, and Plaintiff filed its reply (ECF No. 21) on December 26, 2021. That motion is still pending.

2.  Count 3 (F-2020-01799): This request seeks "'ARGO's procedures' as that term is used in AR 1-3, Sec. III(c)(5)."[4] On March 29, 2021, CIA made its final response to this request, releasing four records in part and withholding one record in full.

3.  Count 4 (F-2020-01800): This request seeks "[a]ll 'procedures to ensure effective implementation of regulatory issuances' pursuant to AR 1-3, Section III(C)(7) which were developed after 1/1/2014." Many regulatory issuances that CIA has already produced in *MuckRock I* and is presently working to produce in response to Counts 1 and 2 above are responsive to this request. In particular, pursuant to AR 1-3, the Agency Guidance (AG) records already produced and those currently being reviewed for

---

[3] CIA proposed carrying out these productions on the 29th day of the month unless that date is a weekend or holiday, in which case, CIA will produce the documents the work day immediately preceding. *Id.*

[4] A redacted copy of AR 1-3 as produced to Plaintiff in *MuckRock v. Central Intelligence Agency,* No. 14-997 (D.D.C.) ("*MuckRock I*") is attached as Exhibit A to the prior Joint Status Report. *See* ECF 12-1.

production are defined as "documents that provide instruction, guidance, implementation procedures or administrative or technical details associated with Agency Regulations AR." As explained in the prior Joint Status Report, in light of CIA's prior and ongoing production of responsive records, the parties have agreed to stay this request pending CIA's production of additional records in related counts. ECF No. 13, ¶ 3. Once Plaintiff has had a chance to review the material produced in response to Counts 1 and 2, the parties will confer on whether and to what extent Plaintiff may still seek additional records relating to this request.

4.  <u>Counts 5 (F-2020-1998) and 6 (F-2020-01801)</u>: The requests in Counts 5 and 6 cite to two CADRE documents C05584446 and C05584448 which had been released in part.[5] The request in Count 5 states that "CADRE documents C05584446 and C05584449 are 'Procedures' from an unknown system. We request all similar 'Procedures' or related guidance documents from that system or, if that system is no longer in use, any system which currently performs the same function." The request in Count 6 seeks "'the 12/04/09 Handbook' listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it." CIA completed its processing. On May 19, 2021, CIA made its final response to these requests, releasing six records in part.

5.  The parties propose filing another status report on April 7, 2022.

                                                     Respectfully submitted,

                                                     BRIAN BOYNTON
                                                     Acting Assistant Attorney General

---

[5] Copies of the two documents cited in the request were attached as Exhibits B and C to the parties' prior Joint Status Report. *See* ECF Nos 12-2 and 12-3.

ELIZABETH J. SHAPIRO
Deputy Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street N.W.  Room 11028
Washington, D.C.  20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendant


s/Kelly B. McClanahan
KELLY B. MCCLANAHAN
D.C. Bar No. 984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Tel.: (301) 728-5908
Fax: 240-682-2189
E-mail: kel@nationalsecuritylaw.org

Attorney for Plaintiff