UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>               Defendant. | Civil Action No.<br>1:20-cv-02474 |

**JOINT STATUS REPORT**

Pursuant to the Minute Order entered by this Court on June 6, 2022, Plaintiff MuckRock, LLC ("MuckRock") and Defendant Central Intelligence Agency ("CIA") conferred and submit the following report on the next steps in this action:

    1. This action involves six Freedom of Information Act ("FOIA") requests submitted by Plaintiff. As explained in the prior status reports, the CIA has completed the processing of three of the requests: Count 3 (F-2020-01800), Count 5 (F-2020-01998), and Count 6 (F-2020-01801).

    2. CIA is still processing the records responsive to Counts 1 (F-2020-01802) and 2 (F-2020-01999). The request in Count 1 seeks "[a]ll Regulatory Issuances as that term is defined in AR 1-3." The request in Count 2 seeks "[a]ll information in regulations.cia."[1] As explained in the prior status report, CIA is completing review and processing of approximately 75 documents every other month until production is complete, producing

---

[1] As explained in the first Joint Status Report (ECF No. 12 ¶ 2), Regulations.cia is an internal CIA internet domain. It contains the following: (1) all current regulatory issuances; (2) messages indicating that (a) some regulatory issuances have been rescinded and (b) some regulatory numbers are reserved for future use; and (c) other general administrative information regarding regulatory issuances.

all non-exempt portions of such records. See ECF No. 13, ¶ 1.[2] On July 29, 2022, the CIA made its tenth interim response by sending (via Fed Ex) a letter stating that CIA processed 75 documents, releasing 75 documents in full. The CIA estimates that there are approximately 250 documents responsive to one or both of these requests that remain to be processed. The CIA anticipates that it will make its next interim production on or by September 29, 2022, and expects to complete its processing and make its final response by February 28, 2023.

3.      The other remaining FOIA request is Count 4 (F-2020-01800). That request seeks "[a]ll 'procedures to ensure effective implementation of regulatory issuances' pursuant to AR 1-3, Section III(C)(7) which were developed after 1/1/2014." As explained in the prior joint status reports, many regulatory issuances that CIA has already produced in *MuckRock v. Central Intelligence Agency*, No. 14-997 (D.D.C.), and is presently working to produce in response to Counts 1 and 2 above, are responsive to this request. In particular, pursuant to AR 1-3, the Agency Guidance (AG) records already produced and those currently being reviewed for production are defined as "documents that provide instruction, guidance, implementation procedures or administrative or technical details associated with Agency Regulations AR." Accordingly, in light of CIA's prior and ongoing production of responsive records, the parties have agreed to stay this request pending CIA's production of additional records in related counts. ECF No. 13, ¶ 3. Once Plaintiff has had a chance to review the material produced in response to

---

[2] CIA proposed carrying out these productions on the 29th day of the month unless that date is a weekend or holiday, in which case, CIA will produce the documents the work day immediately preceding. *Id.*

Counts 1 and 2, the parties will confer on whether and to what extent Plaintiff may still seek additional records relating to this request.

4.      The parties propose filing another joint status report on December 2, 2022, to provide the Court with a further update.

                Respectfully submitted,

                BRIAN BOYNTON
                Principal Deputy Assistant Attorney General

                ELIZABETH J. SHAPIRO
                Deputy Branch Director

                s/Marcia K. Sowles
                MARCIA K. SOWLES
                DC Bar No. 369455
                Senior Trial Counsel
                United States Department of Justice
                Civil Division, Federal Programs Branch
                1100 L. Street N.W.  Room 11028
                Washington, D.C.  20530
                Tel.: (202) 514- 4960
                Fax: (202) 616- 8470
                E-mail:  marcia.sowles@usdoj.gov

                Attorneys for Defendant


                s/Kelly B. McClanahan
                KELLY B. MCCLANAHAN
                D.C. Bar No. 984704
                National Security Counselors
                4702 Levada Terrace
                Rockville, MD 20853
                Tel.: (301) 728-5908
                Fax: 240-682-2189
                E-mail: kel@nationalsecuritylaw.org

                Attorney for Plaintiff