UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>        Defendant. | Civil Action No.<br>1:20-cv-02474 |

## JOINT STATUS REPORT

Pursuant to the Minute Order entered by this Court on June 6, 2022, Plaintiff MuckRock, LLC ("MuckRock") and Defendant Central Intelligence Agency ("CIA") conferred and submit the following report on the next steps in this action:

1. This action involves six Freedom of Information Act ("FOIA") requests submitted by Plaintiff. As explained in the prior status reports, the CIA has completed the processing of three of the requests: Count 3 (F-2020-01800), Count 5 (F-2020-01998), and Count 6 (F-2020-01801).

2. As discussed in the Joint Status Report filed on June 6, 2023 (ECF No. 29), CIA has completed processing the records responsive to Counts 1 (F-2020-01802) and 2 (F-2020-01999). The request in Count 1 seeks "[a]ll Regulatory Issuances as that term is defined in AR 1-3." The request in Count 2 seeks "[a]ll information in regulations.cia."[1] On March 29, 2023, the CIA made its fifteenth interim response by sending (via Fed Ex)

---

[1] As explained in the first Joint Status Report (ECF No. 12 ¶ 2), Regulations.cia is an internal CIA internet domain. It contains the following: (1) all current regulatory issuances; (2) messages indicating that (a) some regulatory issuances have been rescinded and (b) some regulatory numbers are reserved for future use; and (c) other general administrative information regarding regulatory issuances.

a letter that the CIA processed 32 documents, releasing 9 documents in part. The CIA withheld 32 documents in full. On May 25, 2023, the CIA made its sixteenth and final response by sending (via Fed Ex) a letter that the CIA processed 72 documents, releasing one document in full and three documents in part. The CIA withheld 68 documents in full.

3. The only remaining FOIA request is Count 4 (F-2020-01800). That request seeks "[a]ll 'procedures to ensure effective implementation of regulatory issuances' pursuant to AR 1-3, Section III(C)(7) which were developed after 1/1/2014." As explained in the prior joint status reports, many regulatory issuances that CIA has already produced in *MuckRock v. Central Intelligence Agency*, No. 14-997 (D.D.C.), and has produced in response to Counts 1 and 2 above, are responsive to this request. In particular, pursuant to AR 1-3, the Agency Guidance (AG) records already produced and those currently being reviewed for production are defined as "documents that provide instruction, guidance, implementation procedures or administrative or technical details associated with Agency Regulations AR." Accordingly, in light of CIA's production of responsive records, the parties agreed to stay this request pending CIA's production of additional records in related counts. ECF No. 13, ¶ 3. Now that CIA has completed its production in response to Counts 1 and 2, Plaintiff will review the material produced, and then the parties will confer on whether and to what extent Plaintiff may still seek additional records relating to this request.

4. The CIA currently awaits Plaintiff's review of the records processed by the CIA so that the parties can begin conferring about whether summary judgment will be

necessary in this case and if so on what issues. The parties propose filing another joint status report on December 8, 2023, to provide the Court with a further update.

    Respectfully submitted,

    BRIAN BOYNTON
    Principal Deputy Assistant Attorney General

    ELIZABETH J. SHAPIRO
    Deputy Branch Director

    s/Marcia K. Sowles
    MARCIA K. SOWLES
    DC Bar No. 369455
    Senior Trial Counsel
    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L. Street N.W.  Room 11028
    Washington, D.C.  20530
    Tel.: (202) 514- 4960
    Fax: (202) 616- 8470
    E-mail:  marcia.sowles@usdoj.gov

    Attorneys for Defendant


    s/Kelly B. McClanahan
    KELLY B. MCCLANAHAN
    D.C. Bar No. 984704
    National Security Counselors
    4702 Levada Terrace
    Rockville, MD 20853
    Tel.: (301) 728-5908
    Fax: 240-682-2189
    E-mail: kel@nationalsecuritylaw.org

    Attorney for Plaintiff