UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, ) <br> ) <br> Defendant. ) | Civil Action No. <br> 1:20-cv-02474 |

## JOINT STATUS REPORT

Pursuant to the Minute Order entered by this Court on June 6, 2022, Plaintiff MuckRock, LLC ("MuckRock") and Defendant Central Intelligence Agency ("CIA") conferred and submit the following report on the next steps in this action:

1. This action involves six Freedom of Information Act ("FOIA") requests submitted by Plaintiff. As explained in the prior status reports, the CIA has completed the processing of three of the requests: Count 3 (F-2020-01800), Count 5 (F-2020-01998), and Count 6 (F-2020-01801).

2. As discussed in the Joint Status Report filed on September 7, 2023 (ECF No. 29), on May 25, 2023, the CIA completed processing the records responsive to Counts 1 (F-2020-01802) and 2 (F-2020-01999). The request in Count 1 seeks "[a]ll Regulatory Issuances as that term is defined in AR 1-3." The request in Count 2 seeks "[a]ll information in regulations.cia."[1]

---

[1] As explained in the first Joint Status Report (ECF No. 12 ¶ 2), Regulations.cia is an internal CIA internet domain. It contains the following: (1) all current regulatory issuances; (2) messages indicating that (a) some regulatory issuances have been rescinded and (b) some regulatory numbers are reserved for future use; and (c) other general administrative information regarding regulatory issuances.

3. The only remaining FOIA request is Count 4 (F-2020-01800). That request seeks "[a]ll 'procedures to ensure effective implementation of regulatory issuances' pursuant to AR 1-3, Section III(C)(7) which were developed after 1/1/2014." As explained in the prior joint status reports, many regulatory issuances that CIA has already produced in *MuckRock v. Central Intelligence Agency*, No. 14-997 (D.D.C.), and has produced in response to Counts 1 and 2 above, are responsive to this request. In particular, pursuant to AR 1-3, the Agency Guidance (AG) records already produced and those currently being reviewed for production are defined as "documents that provide instruction, guidance, implementation procedures or administrative or technical details associated with Agency Regulations AR." Accordingly, in light of CIA's production of responsive records, the parties agreed to stay this request pending CIA's production of additional records in related counts. ECF No. 13, ¶ 3. Now that CIA has completed its production in response to Counts 1 and 2, Plaintiff will review the material produced, and then the parties will confer on whether and to what extent Plaintiff may still seek additional records relating to this request.

4. The CIA currently awaits Plaintiff's review of the records processed by the CIA so that the parties can begin conferring about whether summary judgment will be necessary in this case and if so on what issues. The parties propose filing another joint status report on June 7, 2024, to provide the Court with a further update.

    Respectfully submitted,

    BRIAN BOYNTON
    Principal Deputy Assistant Attorney General

    ELIZABETH J. SHAPIRO
    Deputy Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street N.W.  Room 11028
Washington, D.C.  20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendant


s/Kelly B. McClanahan
KELLY B. MCCLANAHAN
D.C. Bar No. 984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Tel.: (301) 728-5908
Fax: 240-682-2189
E-mail: kel@nationalsecuritylaw.org

Attorney for Plaintiff