UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>)<br>Defendant. ) | Civil Action No.<br>1:20-cv-02474 |

**JOINT STATUS REPORT**

Pursuant to the Minute Order entered by this Court on June 6, 2022, Plaintiff MuckRock, LLC ("MuckRock") and Defendant Central Intelligence Agency ("CIA") conferred and submit the following report on the next steps in this action:

1. This action involves six Freedom of Information Act ("FOIA") requests submitted by Plaintiff. As explained in the prior status reports, the CIA has completed the processing of three of the requests: Count 3 (F-2020-01800), Count 5 (F-2020-01998), and Count 6 (F-2020-01801).

2. As discussed in the Joint Status Report filed on September 7, 2023 (ECF No. 29), on May 25, 2023, the CIA completed processing the records responsive to Counts 1 (F-2020-01802) and 2 (F-2020-01999). The request in Count 1 seeks "[a]ll Regulatory Issuances as that term is defined in AR 1-3." The request in Count 2 seeks "[a]ll information in regulations.cia."[1]

---

[1] As explained in the first Joint Status Report (ECF No. 12 ¶ 2), Regulations.cia is an internal CIA internet domain. It contains the following: (1) all current regulatory issuances; (2) messages indicating that (a) some regulatory issuances have been rescinded and (b) some regulatory numbers are reserved for future use; and (c) other general administrative information regarding regulatory issuances.

3. The only remaining FOIA request is Count 4 (F-2020-01800). That request seeks "[a]ll 'procedures to ensure effective implementation of regulatory issuances' pursuant to AR 1-3, Section III(C)(7) which were developed after 1/1/2014." As explained in the prior joint status reports, many regulatory issuances that CIA has already produced in *MuckRock v. Central Intelligence Agency*, No. 14-997 (D.D.C.), and has produced in response to Counts 1 and 2 above, are responsive to this request. See ECF No. 13, ¶ 3. Accordingly, in light of CIA's production of responsive records, the parties agreed to stay this request pending completion of CIA's processing of additional records in those counts. ECF No. 13, ¶ 3. Now that CIA has completed its processing of documents in response to Counts 1 and 2, Plaintiff's counsel asked the CIA whether a search for documents responsive to Count 4 would identify any documents that have not already been identified in response to Counts 1 and 2, and if so, an estimate of the volume. See ECF No. 33, ¶ 4. On September 5, 2024, the CIA counsel responded to Plaintiff's inquiry via an email. As she explained, in AR 1-3, Agency Regulations ("ARs") are defined as "[d]ocuments containing Agency-wide directives of a continuing nature that prescribe Agency policies, implement and define authorities, and assign responsibilities" and Agency Guidances ("AGs") are defined as "documents that provide instruction, guidance and implementation procedures, or technical details associated with an [AR]." Accordingly, because the AGs set forth the implementation procedures, CIA claims that there are no additional documents responsive to Count 4 that have not already been processed. Plaintiff does not share this assessment at this time, but has followed up with the CIA to ascertain if it can agree to this interpretation of the scope of Count 4.

4. The parties are continuing to confer about whether summary judgment will be necessary in this case and if so on what issues. The parties propose filing another joint status report on December 9, 2024, to provide the Court with a further update.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General


ELIZABETH J. SHAPIRO
Deputy Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street N.W.  Room 11028
Washington, D.C.  20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendant


s/Kelly B. McClanahan
KELLY B. MCCLANAHAN
D.C. Bar No. 984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Tel.: (301) 728-5908
Fax: 240-682-2189
E-mail: kel@nationalsecuritylaw.org

Attorney for Plaintiff