UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>)<br>Defendant. ) | Civil Action No.<br>1:20-cv-02474 |

**JOINT STATUS REPORT**

Pursuant to the Minute Order entered by this Court on June 6, 2022, Plaintiff MuckRock, LLC ("MuckRock") and Defendant Central Intelligence Agency ("CIA") conferred and submit the following report on the next steps in this action:

1. This action involves six Freedom of Information Act ("FOIA") requests submitted by Plaintiff. As reported in the prior status reports, the CIA has completed the processing of five of the requests: Count 1 (F-2020-1802), Count 2 (F-2020-01999), Count 3 (F-2020-01800), Count 5 (F-2020-01998), and Count 6 (F-2020-01801).

2. As explained in prior reports, the parties had agreed to stay Count 4 (F-2020-01800) pending completion of Counts 1 and 2. As explained in the last joint status conference, it is CIA's position that regulatory issuances responsive to Count 4 have already been produced in response to Counts 1 and 2. The CIA's search for regulatory issuances in response to Counts 1 and 2 were reasonably calculated to uncover all relevant documents as requested in Count 4. Plaintiff does not share this assessment at this time.

3. The parties are continuing to confer about whether summary judgment will be necessary in this case and if so on what issues. The parties propose filing another joint status report on February 2, 2025, to provide the Court with a further update.

    Respectfully submitted,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General


    ELIZABETH J. SHAPIRO
    Deputy Branch Director

    s/Marcia K. Sowles
    MARCIA K. SOWLES
    DC Bar No. 369455
    Senior Trial Counsel
    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L. Street N.W.  Room 11028
    Washington, D.C.  20530
    Tel.: (202) 514- 4960
    Fax: (202) 616- 8470
    E-mail:  marcia.sowles@usdoj.gov

    Attorneys for Defendant


    s/Kelly B. McClanahan
    KELLY B. MCCLANAHAN
    D.C. Bar No. 984704
    National Security Counselors
    4702 Levada Terrace
    Rockville, MD 20853
    Tel.: (301) 728-5908
    Fax: 240-682-2189
    E-mail: kel@nationalsecuritylaw.org

    Attorney for Plaintiff