IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUCKROCK, LLC**, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 20-cv-2474 (JMC)<br>) |
| **CENTRAL INTELLIGENCE AGENCY**, | )<br>) |
| Defendant. | )<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE JOINT STATUS REPORT**

Pursuant to the Court's minute order of June 6, 2022, the parties have filed joint status reports every ninety days. The last report was filed February 3, 2025, ECF No. 37, and the next report is therefore due by May 5, 2025. Undersigned counsel will be out of the office that day and for the preceding week and a half on previously scheduled leave, and the parties are still conferring about further proceedings in this matter. Defendant therefore respectfully requests a two-week extension of the parties' time to file a joint status report, until May 19, 2025. Plaintiff consents to this relief, and a proposed order is attached.

    Respectfully submitted,

    YAAKOV M. ROTH
    Acting Assistant Attorney General
    Civil Division

    ELIZABETH J. SHAPIRO
    Deputy Director
    Federal Programs Branch

    */s/ James Bickford*
    JAMES BICKFORD
    Trial Attorney (N.Y. Bar No. 5163498)
    United States Department of Justice
    Civil Division, Federal Programs Branch

- 2 -

                                         1100 L Street, NW  
                                         Washington, DC 20530  
                                         James.Bickford@usdoj.gov  
                                         Telephone: (202) 305-7632  
                                         Facsimile: (202) 616-8470  

                                         *Counsel for Defendant*

Date: April 22, 2025