# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUCKROCK, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-cv-2474 (JMC) |
| ) | |
| **CENTRAL INTELLIGENCE AGENCY,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER

Defendant's consent motion for an extension of time to file a joint status report is **GRANTED** and the parties are **ORDERED** to file their next report on or before May 19, 2025.

**SO ORDERED** this _____ day of _____, 2025.

_____
Jia M. Cobb
United States District Judge