IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUCKROCK, LLC,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-cv-2474 (JMC) |
| **CENTRAL INTELLIGENCE AGENCY,** | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's minute order of April 25, 2025, the parties jointly report that they are still working to narrow the scope of the outstanding disputes in this Freedom of Information Act case before proposing a schedule for summary judgment briefing. Plaintiff has inquired about certain withholdings under claim of exemption and the Agency is considering its response. The parties respectfully request leave to file a further joint status report no later than July 18, 2025, if they have not submitted a proposed briefing schedule by then.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov

- 2 -

        Telephone: (202) 305-7632
        Facsimile: (202) 616-8470

        *Counsel for Defendant*

        and

        s/Kelly B. McClanahan
        KELLY B. MCCLANAHAN
        D.C. Bar No. 984704
        National Security Counselors
        1451 Rockville Pike
        Suite 250
        Rockville, MD  20852
        Tel.: (501) 301-4672
        Fax: 240-681-2189
        E-mail: kel@nationalsecuritylaw.org

        *Attorney for Plaintiff*

Date: May 19, 2025