# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUCKROCK, LLC,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 20-cv-2474 (JMC)<br>) |
| **CENTRAL INTELLIGENCE AGENCY,** | )<br>) |
| Defendant. | )<br>) |

## JOINT STATUS REPORT

Pursuant to this Court's minute order of May 20, 2025, the parties jointly report that they are still working to identify and, if possible, narrow the scope of the outstanding disputes in this Freedom of Information Act case before proposing a schedule for summary judgment briefing. The parties expect to conclude their discussions before submitting their next joint status report, which they respectfully request leave to file no later than September 19, 2025, if they have not submitted a proposed briefing schedule by then.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov

- 2 -

        Telephone: (202) 305-7632
        Facsimile: (202) 616-8470

*Counsel for Defendant*

    and

s/Kelly B. McClanahan
KELLY B. MCCLANAHAN
D.C. Bar No. 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
Tel.: (501) 301-4672
Fax: 240-681-2189
E-mail: kel@nationalsecuritylaw.org

*Attorney for Plaintiff*

Date: July 18, 2025