IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MUCKROCK, LLC**,           )
                             )
    Plaintiff,           )
                             )
v.                           )   Case No. 20-cv-2474 (JMC)
                             )
**CENTRAL INTELLIGENCE AGENCY**, )
                             )
    Defendant.           )
                             )

**CONSENT MOTION FOR AN EXTENSION OF TIME
TO FILE JOINT STATUS REPORT**

In their most recent joint status report, the parties proposed to file a further joint status report no later than today. Undersigned counsel for the Defendant has been unexpectedly absent from the office today, and for much of the preceding week, due to illnesses in his family, which has substantially impeded the parties' efforts to arrive at a joint proposal for further proceedings in this case. Defendant therefore respectfully requests that the parties be permitted to file a joint status report on or before September 26, 2025.

Plaintiff consents to this relief, and a proposed order is attached.

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General
    Civil Division

    ELIZABETH J. SHAPIRO
    Deputy Director
    Federal Programs Branch

    */s/ James Bickford*
    JAMES BICKFORD
    Trial Attorney (N.Y. Bar No. 5163498)

        United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

Date: September 19, 2025