**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MUCKROCK, LLC**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CENTRAL INTELLIGENCE AGENCY**, )<br>)<br>Defendant. )<br>)  | Case No. 20-cv-2474 (JMC) |

**[PROPOSED] ORDER**

Defendant's consent motion for an extension of time for the parties to file their joint status report is hereby **GRANTED** and the parties are **ORDERED** to file a further joint status report no later than September 26, 2025.

**SO ORDERED** this _____ day of September, 2025.

                                                                              _____
                                                                              Jia M. Cobb
                                                                              United States District Judge