# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUCKROCK, LLC**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-cv-2474 (JMC) |
| **CENTRAL INTELLIGENCE AGENCY**, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to this Court's minute order of September 22, 2025, the parties respectfully submit the following joint status report. The parties propose the following schedule for summary judgment briefing in this Freedom of Information Act case:

February 20, 2026:   CIA's motion for summary judgment

March 20, 2026:   Plaintiff's cross-motion and opposition

April 17, 2026:   CIA's opposition and reply

May 15, 2026:   Plaintiff's reply

This schedule would provide adequate time for the CIA to prepare its declaration and *Vaughn* index in support of the search and withholdings challenged here, and for the parties to address the various legal issues raised by this matter.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

- 2 -

<div style="margin-left:50%">

<u>/s/ James Bickford</u>
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

    and

<u>s/Kelly B. McClanahan</u>
KELLY B. MCCLANAHAN
D.C. Bar No. 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
Tel.: (501) 301-4672
Fax: 240-681-2189
E-mail: kel@nationalsecuritylaw.org

*Attorney for Plaintiff*

</div>

Date: September 26, 2025