IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUCKROCK, LLC**, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 20-cv-2474 (JMC)<br>) |
| **CENTRAL INTELLIGENCE AGENCY**, | )<br>) |
| Defendant. | )<br>) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Shortly before last year's lapse in federal appropriations, the Court entered a schedule for summary judgment briefing in this Freedom of Information Act case. Minute Order of Sept. 26, 2025. Under that schedule, the Central Intelligence Agency's summary judgment brief is due February 20, 2026. *Id.* Because this deadline falls long after the restoration of appropriations, it has not been extended by the district-wide orders entered to account for the lapse. But the CIA's ability to meet its deadline was nonetheless significantly affected by the lapse in appropriations, which prevented the Agency from working on this FOIA case, and others with earlier deadlines, for a period of 43 days, during which the Agency continued to receive additional FOIA requests. The CIA therefore respectfully requests an extension of time to file its motion for summary judgment until May 5, 2026, to account for the lapse in appropriations and competing litigation deadlines in matters assigned to undersigned counsel. Plaintiff consents to that relief, and to the following schedule for summary judgment briefing:

May 5, 2026:       CIA's motion for summary judgment

June 5, 2026:      Plaintiff's cross-motion and opposition

July 6, 2026:      CIA's opposition and reply

- 2 -

  August 3, 2026:  Plaintiff's reply

A proposed order is attached.

                Respectfully submitted,

                BRETT A. SHUMATE
                Assistant Attorney General
                Civil Division

                ELIZABETH J. SHAPIRO
                Deputy Director
                Federal Programs Branch

                */s/ James Bickford*
                JAMES BICKFORD
                Trial Attorney (N.Y. Bar No. 5163498)
                United States Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, NW
                Washington, DC 20530
                James.Bickford@usdoj.gov
                Telephone: (202) 305-7632
                Facsimile: (202) 616-8470

                *Counsel for Defendant*

Date: January 20, 2025