**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MUCKROCK, LLC**, )<br> )<br> Plaintiff, )<br> )<br> v. ) Case No. 20-cv-2474 (JMC)<br> )<br>**CENTRAL INTELLIGENCE AGENCY**, )<br> )<br> Defendant. )<br>_____ ) | |

**[PROPOSED] ORDER**

Defendant's consent motion for an extension of time to file its motion for summary judgment is hereby **GRANTED** and the parties are **ORDERED** to adhere to the following schedule for summary judgment briefing in this case:

    May 5, 2026:        CIA's motion for summary judgment

    June 5, 2026:       Plaintiff's cross-motion and opposition

    July 6, 2026:        CIA's opposition and reply

    August 3, 2026:    Plaintiff's reply

**SO ORDERED** this _____ day of _____, 2026.

 

_____
Jia M. Cobb
United States District Judge