# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUCKROCK, LLC**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **CENTRAL INTELLIGENCE AGENCY**, ) <br> ) <br> Defendant. ) <br> ) | Case No. 20-cv-2474 (JMC) |

## ORDER

Defendant's consent motion for an extension of time to file its motion for summary judgment is hereby **GRANTED** and the parties are **ORDERED** to adhere to the following schedule for summary judgment briefing in this case:

    May 5, 2026:    CIA's motion for summary judgment

    June 5, 2026:    Plaintiff's cross-motion and opposition

    July 6, 2026:    CIA's opposition and reply

    August 3, 2026:    Plaintiff's reply

**SO ORDERED** this __23rd____ day of __January____, 2026.

Jia M. Cobb
United States District Judge