**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MUCKROCK, LLC**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-2474 (JMC) |
| | ) | |
| **CENTRAL INTELLIGENCE AGENCY**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

The Central Intelligence Agency's summary judgment brief in this Freedom of Information Act (FOIA) case is currently due May 5, 2026.  Order of Jan. 23, 2026, ECF No. 44.  With Plaintiff's consent, the CIA respectfully requests an extension of that deadline until June 12, 2026.

This case concerns six FOIA requests for internal CIA regulations and procedures. Plaintiff has challenged the withholding of approximately 500 pages of records, as well as the adequacy of the CIA's search for documents responsive to three of the six FOIA requests.  The CIA has withheld some of these records under FOIA Exemption 1, which protects classified information, and is therefore preparing a declaration from an original classification authority in support of its summary judgment motion.  An extension of the summary judgment deadline is necessary to allow the CIA to ensure that the information discussed in the declaration is unclassified, and to allow undersigned counsel sufficient time to prepare a motion that relies on the CIA's unclassified declaration.  Because undersigned counsel will be out of the country on a previously scheduled leave for several weeks in May, without access to classified systems that facilitate communication with the CIA, an extension until June 12 is necessary to ensure that there is sufficient time to complete the government's motion and have it reviewed for filing after his

return.  Plaintiff consents to the requested relief, and to the following schedule for summary judgment briefing:

June 12, 2026:          CIA's motion for summary judgment

July 24, 2026:          Plaintiff's cross-motion and opposition

August 28, 2026:        CIA's opposition and reply

September 25, 2026:  Plaintiff's reply

A proposed order is attached.

<div style="margin-left:50%">

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

</div>

Date: April 28, 2026