**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MUCKROCK, LLC**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-2474 (JMC) |
| | ) | |
| **CENTRAL INTELLIGENCE AGENCY**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

The Central Intelligence Agency's summary judgment brief in this Freedom of Information Act case is currently due June 12, 2026. Minute Order of Apr. 30, 2026. With Plaintiff's consent, the CIA respectfully requests a further extension of that deadline by five business days, until June 22, 2026. This brief additional extension is necessary due to illnesses in the family of undersigned counsel and the press of business in other matters assigned to him since he returned to the office on Thursday, May 28, after several weeks away.

Plaintiff consents to the requested relief, and to the following schedule for summary judgment briefing:

| | |
|---|---|
| June 22, 2026: | CIA's motion for summary judgment |
| August 10, 2026: | Plaintiff's cross-motion and opposition |
| September 7, 2026: | CIA's opposition and reply |
| October 19, 2026: | Plaintiff's reply |

A proposed order is attached.

- 2 -

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ James Bickford
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

Date: June 8, 2026