**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MUCKROCK, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-2474 (JMC) |
| | ) | |
| **CENTRAL INTELLIGENCE AGENCY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Defendant's consent motion for an extension of time to file its motion for summary judgment is hereby **GRANTED** and the parties are **ORDERED** to adhere to the following schedule for summary judgment briefing in this case:

June 22, 2026:        CIA's motion for summary judgment

August 10, 2026:      Plaintiff's cross-motion and opposition

September 7, 2026:    CIA's opposition and reply

October 19, 2026:     Plaintiff's reply

**SO ORDERED** this _____ day of _____, 2026.

_____
Jia M. Cobb
United States District Judge