**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MUCKROCK, LLC**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-2474 (JMC) |
| | ) | |
| **CENTRAL INTELLIGENCE AGENCY**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 7(h)(1), the following is a statement of material facts as to which the movant, the Central Intelligence Agency, contends there is no genuine issue:

1.     In July and August 2020, a reporter for Muckrock.com submitted six Freedom of Information Act requests.  Declaration of Mary C. Williams ¶¶ 8–9 ("Williams Decl").

2.     The Central Intelligence Agency located 1,017 responsive records, produced 502 of them in whole or in part, and withheld the remaining 515 records in full under FOIA Exemptions 1, 2, 3, 5, and 6. *Id.* ¶¶ 13–14.

3.     Plaintiff challenges the adequacy of the CIA's search in response to three of its FOIA requests, and the lawfulness of the Agency's withholding of the documents withheld in full.

4.     Mary C. Williams, the Litigation Information Review Officer for the Information Review and Release Division at the Central Intelligence Agency has submitted a declaration in support of the Central Intelligence Agency's motion for summary judgment.  *See* Williams Decl.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

- 2 -

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

Date: June 22, 2026