**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MUCKROCK, LLC**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 20-cv-2474 (JMC) |
| | ) |
| **CENTRAL INTELLIGENCE AGENCY**, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**[PROPOSED] ORDER**

The Central Intelligence Agency's motion for summary judgment is hereby **GRANTED**.

**SO ORDERED** this ___th day of _____, _____.

_____
Jia M. Cobb
United States District Judge