# Exhibit F

Central Intelligence Agency



Washington, D.C. 20505

17 July 2020

Mr. Michael Morisy
MuckRock News
DEPT MR 98219
411A Highland Avenue
Somerville, MA 02144

Reference:  F-2020-01801

Dear Mr. Morisy:

On 15 July 2020, the office of the Information and Privacy Coordinator received your 14 July 2020 correspondence requesting records under the Freedom of Information Act (FOIA).  This letter is an acknowledgement to advise you that we received your request for the following records: **the "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**  Your request was assigned the reference number above.  Please use this number when corresponding so that we can identify it easily.

Our officers will review and process your request and will only communicate to you if they should encounter any problems or if they require additional information or clarification from you in order to proceed.  Unless you object, we will search for CIA-originated records up to and including the date the Agency starts its search.  To check the status of your FOIA request, please access https://www.cia.gov/library/readingroom/request/status on the Agency's website and enter the above reference number.

Sincerely,

Mark Lilly
Information and Privacy Coordinator