# Exhibit G

*F-2020-01802*

JUL 1 5 2020

FOIA Request ID: 6290

FOIA Request submitted by:

Michael Morisy

Submitted on: July 14, 2020 : 23:20 - America/New_York

MuckRock News DEPT MR 98218

411A Highland Ave

Somerville, MA 02144

United States

Request:

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

All Regulatory Issuances as that term is defined in AR 1-3. You may exclude any records which were released in full in response to Req. No. F-2014-00371 and remain in effect unchanged.

For fee purposes, please categorize me as a media requester. I am the founder and journalist for the MuckRock (MuckRock.com) website, which publishes original news content on a daily basis. All of MuckRock's content focuses either on FOIA itself or reports off of documents received via public records requests. Below are a number of the dozens of articles I have written for MuckRock:

https://www.muckrock.com/news/archives/2013/oct/21/there-bump-your-bill-heres-how-dea-tested-money-co/
https://www.muckrock.com/news/archives/2011/dec/12/fbi-carrier-iq-files-used-law-enforcement-purposes/
https://www.muckrock.com/news/archives/2013/nov/15/interview-john-young-founder-cryptome/
https://www.muckrock.com/news/archives/2013/dec/12/open-government-open-source-licensing/

In addition to my capacity as founder and journalist of MuckRock, my work has been published in such online and print outlets as the Boston Globe, Commonwealth Magazine, and the New York Daily News. My coverage of topics from national cybersecurity to privacy to government waste has been cited by a host of other news outlets at the international, national and local levels.

I plan to work closely with several intelligence and national security experts to analyze these documents and report on their contents.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Michael Morisy

Upload documents directly:
https://https://www.muckrock.comhttps://accounts.muckrock.com/accounts/login/?next=https%3A%2F%2Fwww.muckrock.com%2Faccounts%2Flogin%2F%3Fnext%3D%252Faccounts%252Fagency_login%252Fcentral-intelligence-agency-6%252Far-1-3-regulatory-issuances-98218%252F%253F&url_auth_token=AAAj5OaXym1mR9YZA_2ix3KZwHo%3A1jvXkc%3AAAJQh4iU9wvu28SdUrpgPhZ0RJW8

Fee Waiver:

For fee purposes, please categorize me as a media requester. I am the founder and journalist for the MuckRock (MuckRock.com) website, which publishes original news content on a daily basis. All of MuckRock's content focuses either on FOIA itself or reports off of documents received via public records requests. Below are a number of the dozens of articles I have written for MuckRock:

https://www.muckrock.com/news/archives/2013/oct/21/there-bump-your-bill-heres-how-dea-tested-money-co/
https://www.muckrock.com/news/archives/2011/dec/12/fbi-carrier-iq-files-used-law-enforcement-purposes/
https://www.muckrock.com/news/archives/2013/nov/15/interview-john-young-founder-cryptome/
https://www.muckrock.com/news/archives/2013/dec/12/open-government-open-source-licensing/

In addition to my capacity as founder and journalist of MuckRock, my work has been published in such online and print outlets as the Boston Globe, Commonwealth Magazine, and the New York Daily News. My coverage of topics from national cybersecurity to privacy to government waste has been cited by a host of other news outlets at the international, national and local levels.

I plan to work closely with several intelligence and national security experts to analyze these documents and report on their contents.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.