# Exhibit J

Central Intelligence Agency



Washington, D.C. 20505

10 August 2020

Mr. Michael Morisy
MuckRock News
DEPT MR 99915
411A Somerville, MA 02144

Reference:  F-2020-01999

Dear Mr. Morisy:

On 6 August 2020, the office of the Information and Privacy Coordinator received your 6 August 2020 correspondence requesting records under the Freedom of Information Act (FOIA).  This letter is to acknowledge that we received your request for **all information in regulations.cia.** Your request was assigned the reference number above.  Please cite this number when corresponding so that we can identify it easily.

Our officers will review and process your request and will only communicate to you if they should encounter any problems or if they require additional information or clarification from you in order to proceed.  Unless you object, we will search for CIA-originated records up to and including the date the Agency starts its search.  To check the status of your FOIA request, please access https://www.cia.gov/library/readingroom/request/status on the Agency's website and enter the above reference number.

Sincerely,

Mark Lilly
Information and Privacy Coordinator