# Exhibit L

Central Intelligence Agency



Washington, D.C. 20505

10 August 2020

Mr. Michael Morisy
MuckRock News
DEPT MR 99919
411A Highland Ave.
Somerville, MA 02144

Reference:  F-2020-01998

Dear Mr. Morisy:

On 6 August 2020, the office of the Information and Privacy Coordinator received your 6 August 2020 correspondence requesting, under the Freedom of Information Act, **all similar "Procedures" or related guidance documents from the unknown system (as seen in CADRE documents C05584446 and C05584449), or if that system is no longer in use, any system which currently performs the same function.**

This letter serves to acknowledge that CIA has received your request, and to further let you know that CIA assigned your request the reference number provided above.  In future correspondence, please use this number to facilitate this office's location of your case information.

Our officers will review and process your request in more detail and will only communicate with you if they should encounter any problems or if they require additional information or clarification from you.  Unless you object, we will search for CIA-originated records up to and including the date the Agency starts its search.  To check the status of your FOIA request, please access https://www.cia.gov/library/readingroom/request/status on the Agency's website and enter the above reference number. You may also contact this office via telephone at (703) 613-1287.

Sincerely,

Mark Lilly
Information and Privacy Coordinator