# Exhibit M



Central Intelligence Agency

Washington, D.C. 20505

29 January 2021

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998, F-2020-01999.; Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act (FOIA) requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and subsequent litigation, seeking information regarding:

- **all Regulatory Issuances as that term is defined in AR 1-3;**
- **all information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of fifty (50) documents and determined that twelve (12) documents can be released in full.  We have determined that thirty-eight (38) documents can be released in segregable form with redactions made on the basis of FOIA exemptions (b)(1) and/or (b)(3). Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, noted as exemption "(b)(3)CIAAct" on the enclosed documents, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1), noted as exemption "(b)(3)NatSecAct" on the enclosed documents. The released documents may be found on the enclosed CD.

A final response will be provided to you on a later date.

Sincerely,

Mark Lilly
Information and Privacy Coordinator

Central Intelligence Agency



Washington, D.C. 20505

29 March 2021

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998, F-2020-01999.; Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act (FOIA) requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and subsequent litigation, seeking information regarding:

- **all Regulatory Issuances as that term is defined in AR 1-3;**
- **all information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of eighty-two (82) documents and determined that fifty-six (56) documents can be released in segregable form on the basis of FOIA exemptions (b)(1), (b)(2), and/or (b)(3). We also determined that twenty-six (26) documents must be denied in full on the basis of FOIA exemptions (b)(1), (b)(3), and/or (b)(5). Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, noted as exemption "(b)(3)CIAAct" on the enclosed documents, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1), noted as exemption "(b)(3)NatSecAct" on the enclosed documents. The released documents may be found on the enclosed CD.

A final response will be provided to you on a later date.

Sincerely,

Mark Lilly
Information and Privacy Coordinator

Central Intelligence Agency



Washington, D.C. 20505

18 May 2021

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998, F-2020-01999.;
Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act (FOIA)
requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and subsequent litigation,
seeking information regarding:

- **all Regulatory Issuances as that term is defined in AR 1-3;**
- **all information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA
Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of six (6) documents and determined that all six (6) documents can be
released in segregable form on the basis of FOIA exemptions (b)(1), (b)(3), and/or (b)(6). Exemption
(b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, noted as
exemption "(b)(3)CIAAct" on the enclosed documents, and/or Section 102A(i)(l) of the National Security
Act of 1947, 50 U.S.C § 3024(i)(1), noted as exemption "(b)(3)NatSecAct" on the enclosed documents.
The released documents may be found on the enclosed CD.

A final response will be provided to you on a later date.

Sincerely,

Mark Lilly
Information and Privacy Coordinator

Enclosure

Central Intelligence Agency



Washington, D.C. 20505

28 May 2021

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998, F-2020-01999.; Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act (FOIA) requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and subsequent litigation, seeking information regarding:

- **all Regulatory Issuances as that term is defined in AR 1-3;**
- **all information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of seventy-five (75) documents and determined that twenty-nine (29) documents can be released in segregable form on the basis of FOIA exemptions (b)(1), (b)(2), and/or (b)(3). We also determined that forty-six (46) documents must be denied in full on the basis of FOIA exemptions (b)(1), (b)(3), and/or (b)(5). Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, noted as exemption "(b)(3)CIAAct" on the enclosed documents, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1), noted as exemption "(b)(3)NatSecAct" on the enclosed documents. The released documents may be found on the enclosed CD.

A final response will be provided to you on a later date.

Sincerely,

Mark Lilly
Information and Privacy Coordinator

Central Intelligence Agency



Washington, D.C. 20505

28 July 2021

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998, F-2020-01999.; Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act (FOIA) requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and subsequent litigation, seeking information regarding:

- **all Regulatory Issuances as that term is defined in AR 1-3;**
- **all information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of seventy-five (75) documents and determined that seventy-five (75) documents must be denied in full on the basis of FOIA exemptions (b)(1), (b)(2), and/or (b)(3). Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1).

A final response will be provided to you on a later date.

Sincerely,

Mark Lilly
Information and Privacy Coordinator

Central Intelligence Agency

Washington, D.C. 20505

29 September 2021

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998, F-2020-01999.; Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act (FOIA) requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and subsequent litigation, seeking information regarding:

- **all Regulatory Issuances as that term is defined in AR 1-3;**
- **all information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of seventy-five (75) documents and determined that seventy-five (75) documents must be denied in full on the basis of FOIA exemptions (b)(1), (b)(2), and/or (b)(3). Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1).

A final response will be provided to you on a later date.

Sincerely,

Mark Lilly
Information and Privacy Coordinator

Central Intelligence Agency

Washington, D.C. 20505

29 November 2021

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998, F-2020-01999.; Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act (FOIA) requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and subsequent litigation, seeking information regarding:

- **all Regulatory Issuances as that term is defined in AR 1-3;**
- **all information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of seventy-five (75) documents and determined that seventy-five (75) documents must be denied in full on the basis of FOIA exemptions (b)(1), (b)(3) and/or (b)(5). Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1).

A final response will be provided to you on a later date.

Sincerely,

Mark Lilly
Information and Privacy Coordinator

Central Intelligence Agency

Washington, D.C. 20505

28 January 2022

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998, F-2020-01999.; Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act (FOIA) requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and subsequent litigation, seeking information regarding:

- **all Regulatory Issuances as that term is defined in AR 1-3;**
- **all information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of seventy-five (75) documents and determined that fifty-five (55) documents can be released in full. We have determined that twenty (20) documents must be denied in full on the basis of FOIA exemptions (b)(1), (b)(2), and/or (b)(3). Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1). The released documents may be found on the enclosed CD.

A final response will be provided to you on a later date.

Sincerely,

Andra Barker
Acting Information and Privacy Coordinator

Central Intelligence Agency

Washington, D.C. 20505

29 March 2022

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998, F-2020-01999.; Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act (FOIA) requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and subsequent litigation, seeking information regarding:

- **all Regulatory Issuances as that term is defined in AR 1-3;**
- **all information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of seventy-five (75) documents and determined that forty-four (44) documents can be released in full. We have determined that thirty-one (31) documents must be denied in full on the basis of FOIA exemptions (b)(1), (b)(2), and/or (b)(3). Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1). The released documents may be found on the enclosed CD.

A final response will be provided to you on a later date.

Sincerely,

Anthony J. Capitos
Information and Privacy Coordinator

Central Intelligence Agency



Washington, D.C. 20505

27 May 2022

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998, F-2020-01999.; Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act (FOIA) requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and subsequent litigation, seeking information regarding:

- **all Regulatory Issuances as that term is defined in AR 1-3;**
- **all information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of seventy-five (75) documents and determined that sixty-one (61) documents can be released in full. We have determined that thirteen (13) documents can be released in part on the basis of FOIA exemptions (b)(1), and/or (b)(3). We have further determined that one (1) document must be denied in full on the basis of FOIA exemptions (b)(1), and (b)(3). Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1). The released documents may be found on the enclosed CD. A final response will be provided to you on a later date.

Sincerely,

Anthony J. Capitos
Information and Privacy Coordinator



Central Intelligence Agency

Washington, D.C. 20505

29 July 2022

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998, F-2020-01999.; Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act (FOIA) requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and subsequent litigation, seeking information regarding:

- **all Regulatory Issuances as that term is defined in AR 1-3;**
- **all information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of seventy-five (75) documents and determined that they can be released in full. The released documents may be found on the enclosed CD.

A final response will be provided to you on a later date.

Sincerely,

Anthony J. Capitos
Information and Privacy Coordinator

Central Intelligence Agency

Washington, D.C. 20505

29 September 2022

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998, F-2020-01999.; Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act (FOIA) requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and subsequent litigation, seeking information regarding:

- **all Regulatory Issuances as that term is defined in AR 1-3;**
- **all information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of seventy-five (75) documents and determined that twelve (12) documents can be released in full. We have determined that five (5) documents can be released in part on the basis of FOIA exemptions (b)(1), and/or (b)(3). We have further determined that fifty-eight (58) documents must be denied in full on the basis of FOIA exemptions (b)(1), (b)(3), (b)(5) and (b)(6). Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1). The released documents may be found on the enclosed CD.

A final response will be provided to you on a later date.

Sincerely,

Anthony J. Capitos
Information and Privacy Coordinator

Central Intelligence Agency



Washington, D.C. 20505

29 November 2022

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998, F-2020-01999; Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act (FOIA) requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and subsequent litigation, seeking information regarding:

- **all Regulatory Issuances as that term is defined in AR 1-3;**
- **all information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of forty-seven (47) documents and determined that sixteen (16) documents can be released in full. We have determined that sixteen (16) documents can be released in part on the basis of FOIA exemptions (b)(1), and/or (b)(3). We have further determined that fifteen (15) documents must be denied in full on the basis of FOIA exemptions (b)(1), (b)(2), and/or (b)(3). Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1). The released documents may be found on the enclosed CD.

A final response will be provided to you on a later date.

Sincerely,

Anthony J. Capitos
Information and Privacy Coordinator

Central Intelligence Agency



Washington, D.C. 20505

23 December 2022

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998, F-2020-01999; Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act (FOIA) requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and subsequent litigation, seeking information regarding:

- **all Regulatory Issuances as that term is defined in AR 1-3;**
- **all information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of twenty-eight (28) documents and determined that five (5) documents can be released in full. We have determined that twenty-three (23) documents can be released in part on the basis of FOIA exemptions (b)(1) and/or (b)(3). Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1). The released documents may be found on the enclosed CD.

A final response will be provided to you on a later date.

Sincerely,

Anthony J. Capitos
Information and Privacy Coordinator



Central Intelligence Agency

Washington, D.C. 20505

31 January 2023

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998,
F-2020-01999; Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act
(FOIA) requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and
subsequent litigation, seeking information regarding:

- **All Regulatory Issuances as that term is defined in AR 1-3;**
- **All information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and
the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of twenty-six (26) documents and determined that twenty (20)
documents can be released in full. We have determined that three (3) documents can be released
in part on the basis of FOIA exemptions (b)(1) and/or (b)(3). We have further determined that
three (3) documents must be denied in full on the basis of FOIA exemptions (b)(3) and/or (b)(5).
Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C.
§ 3507, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1).
The released documents may be found on the enclosed CD.

A final response will be provided to you on a later date.

Sincerely,

Anthony J. Capitos
Information and Privacy Coordinator

Central Intelligence Agency



Washington, D.C. 20505

29 March 2023

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998, F-2020-01999; Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act (FOIA) requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and subsequent litigation, seeking information regarding:

- **All Regulatory Issuances as that term is defined in AR 1-3;**
- **All information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of thirty-two (32) documents and determined that nine (9) documents can be released in part on the basis of FOIA exemptions (b)(1) and/or (b)(3). We have determined that twenty-three (23) documents must be denied in full on the basis of FOIA exemptions (b)(1) and/or (b)(3). Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1). The released documents may be found on the enclosed CD.

A final response will be provided to you on a later date.

Sincerely,

Anthony J. Capitos
Information and Privacy Coordinator

Central Intelligence Agency

Washington, D.C. 20505

25 May 2023

Mr. Kelly McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: F-2020-01799, F-2020-01800, F-2020-01801, F-2020-01802, F-2020-01998, F-2020-01999; Civil Action No. 1:20-cv-02474

Dear Mr. McClanahan:

This letter is in response to the 14 July 2020 and 6 August 2020 Freedom of Information Act (FOIA) requests submitted by your client, Michael Morisy, founder of MuckRock LLC, and subsequent litigation, seeking information regarding:

- **All Regulatory Issuances as that term is defined in AR 1-3;**
- **All information in regulations.cia;**
- **ARGO procedures as that term is used in AR 1-3;**
- **All procedures to ensure implementation of regulatory issuances pursuant to AR 1-3;**
- **"Procedures" or related guidance documents from that [unknown] system;**
- **The "12/04/2009 Handbook" listed in the top right corner of the first page of CADRE documents C05584446 and C05584449, as well as any document which superseded it.**

We are processing these requests in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a review of seventy-two (72) documents and determined that one (1) document can be released in full. We have determined that three (3) documents can be released in part on the basis of FOIA exemptions (b)(1), (b)(3), and/or (b)(7)(e). We have further determined that sixty-eight (68) documents must be denied in full on the basis of FOIA exemptions (b)(1) and/or (b)(3). Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1). The released documents may be found on the enclosed CD.

This completes our response to each of the above referenced requests other than F-2020-01800. A final response regarding F-2020-01800 will be provided to you at a later date.

Sincerely,

Anthony J. Capitos
Information and Privacy Coordinator