# Exhibit N

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| Index No. | CADRE No. | Doc Date | Pages | Release Status | Exemptions | Description of Document and Information Withheld |
|---|---|---|---|---|---|---|
| | | | | | **29 March 2021 Production** | |
| 1. | C06883183 | 1 July 2019 | 206 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act<br>(b)(5) | Draft Corporate Policy Staff Glossary of Terms & Definitions<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 2. | C06594200 | 25 November 2008 | 14 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-36 Agency Regulation on Intelligence Activities<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 3. | C06594201 | 24 March 2015 | 8 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-37 Agency Regulation on Intelligence Activities (Formerly AR 210-3) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 4. | C06594202 | 25 November 2008 | 8 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-38 Agency Regulation on Intelligence Activities Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 5. | C06594203 | 25 November 2008 | 17 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-39 Agency Regulation on Intelligence Activities (Formerly AR 210-5) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 6. | C06594205 | 31 May 2011 | 13 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-41 Agency Regulation on Intelligence Activities (Formerly AR 220-1)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 7. | C06594206 | 31 May 2011 | 6 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-42 Agency Regulation on Intelligence Activities (Formerly AR 220-2)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 8. | C06594207 | 31 May 2011 | 9 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-43 Agency Regulation on Intelligence Activities (Formerly AR 220-3)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 9. | C06594208 | 31 May 2011 | 10 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-44 Agency Regulation on Intelligence Activities (Formerly AR 220-4)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 10. | C06594212 | 31 May 2011 | 13 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-48 Agency Regulation on Intelligence Activities (Formerly AR 220-8)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 11. | C06594214 | 31 May 2011 | 5 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-49 Agency Regulation on Intelligence Activities (Formerly AR 220-9)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 12. | C06594235 | 31 May 2011 | 7 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-50 Agency Regulation on Intelligence Activities (Formerly AR 220-10) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 13. | C06594239 | 10 January 2014 | 4 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-55 Agency Regulation on Intelligence Activities Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 14. | C06594078 | 22 April 2008 | 8 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AN 2-3-2 Agency Notice on Intelligence Activities (Formerly AN 60-3-2) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 15. | C06594171 | 06 April 2016 | 3 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-7 Agency Regulation on Intelligence Activities (Formerly AR 50-7) <br><br> Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 16. | C06594179 | 15 April 2003 | 3 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-15 Agency Regulation on Intelligence Activities (Formerly AR 50-11) <br><br> Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 17. | C06594181 | 20 May 2002 | 2 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-17 Agency Regulation on Intelligence Activities (Formerly AR 50-14) <br><br> Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 18. | C06594184 | 07 April 2000 | 5 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-20 Agency Regulation on Intelligence Activities (Formerly AR 51-3)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 19. | C06594186 | 17 November 2010 | 5 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-23 Agency Regulation on Intelligence Activities (Formerly AR 50-10)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 20. | C06593861 | 01 July 1999 | 31 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-29A Agency Guidance on Intelligence Activities<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 21. | C06594193 | 25 June 2003 | 2 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-30 Agency Regulation on Intelligence Activities (Formerly AR 60-9) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 22. | C06594195 | 30 June 2016 | 6 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-31 Agency Regulation on Intelligence Activities (Formerly AR 60-10) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 23. | C06593862 | 02 August 2006 | 6 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 2-32A Agency Guidance on Intelligence Activities (Formerly AHB 240-1) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 24. | C06594197 | 08 October 2010 | 5 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-33 Agency Regulation on Intelligence Activities (Formerly AR 240-4) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 25. | C06594198 | 20 February 2015 | 5 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 2-34 Agency Regulation on Intelligence Activities (formerly AR 7-13) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 26. | C06593863 | 30 March 2015 | 13 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 2-34A Agency Guidance on Intelligence Activities (Formerly AHB 7-13) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | **28 May 2021 Production** |
|---|---|---|---|---|---|---|
| **27.** | C06881369 | 13 June 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 1-9C Agency Guidance on Organization and Authorities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **28.** | C06881370 | 08 August 2017 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 1-13B Agency Guidance on Organization and Authorities (Formerly HR 1-11D)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **29.** | C06881371 | 08 August 2017 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 1-13D Agency Guidance on Organization and Authorities (Formerly HR 1-11F)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| 30. | C06881372 | 08 August 2017 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 1-13E Agency Guidance on Organization and Authorities (Formerly HR 1-11H)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 31. | C06881373 | 06 March 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 1-14A Agency Guidance on Organization and Authorities (Formerly AR 1-14M)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 32. | C06881374 | 19 June 2017 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 1-34A Agency Guidance on Organization and Authorities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 33. | C06881375 | 12 February 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 2-56A Agency Guidance on Intelligence Activities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 34. | C06881376 | 19 September 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 3-52B Agency Guidance on Workforce/Human Resource<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 35. | C06881379 | 15 October 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 8-3A Agency Guidance on Finance and Acquisitions (Formerly AHB 30-3)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 36. | C06881381 | 01 May 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 8-11A Agency Guidance on Finance and Acquisitions (Formerly AHB 30-10)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 37. | C06881382 | 13 August 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 8-20A Agency Guidance on Finance and Acquisitions<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 38. | C06881383 | 11 October 2016 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 9-1B Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 39. | C06881384 | 01 December 2017 | 1 | Denied In Full | (b)(5) | AG 9-1C Agency Guidance on Information Technology<br><br>Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

Page **13** of **162**

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 40. | C06881385 | 01 February 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 9-1D Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 41. | C06881386 | 01 February 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 9-1E Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 42. | C06881387 | 01 February 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 9-1F Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **43.** | C06881388 | 01 February 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 9-1G Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **44.** | C06881389 | 01 February 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 9-1K Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **45.** | C06881390 | 01 February 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 9-1N Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **46.** | C06881391 | 17 October 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 9-1O Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 47. | C06881393 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 9-2C Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 48. | C06881394 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 9-2D Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 49. | C06881395 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 9-2E Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **50.** | C06881396 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 9-2F Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **51.** | C06881398 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 9-2G Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **52.** | C06881399 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 9-2H Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 53. | C06881400 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 9-2I Agency Guidance on Information Technology |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 54. | C06881401 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 9-2J Agency Guidance on Information Technology |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 55. | C06881402 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 9-2K Agency Guidance on Information Technology |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 56. | C06881414 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 9-2L Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 57. | C06881415 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 9-2M Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 58. | C06881447 | 25 November 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 1-18 Agency Guidance on Organization and Authorities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 59. | C06881448 | 06 March 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 1-19 Agency Guidance on Organization and Authorities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 60. | C06881449 | 08 October 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 1-20 Agency Guidance on Organization and Authorities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 61. | C06881450 | 04 November 2016 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 1-26 Agency Guidance on Organization and Authorities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 62. | C06881451 | 21 January 2015 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 1-30 Agency Guidance on Organization and Authorities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 63. | C06881452 | 01 August 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 2-18 Agency Guidance on Intelligence Activities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 64. | C06881453 | 17 January 2020 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 2-24 Agency Regulation on Intelligence Activities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 65. | C06881454 | 07 March 2017 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 2-59 Agency Regulation on Intelligence Activities |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 66. | C06881456 | 25 January 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AR 3-10 Agency Regulation on Workforce/Human Resource |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 67. | C06881457 | 06 August 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 7-14 Agency Regulation on Security and Counterintelligence |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 68. | C06881458 | 05 May 2017 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 8-14 Agency Regulation on Finance and Acquisitions |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 69. | C06881483 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AST[1] 9-2A Agency Standards on Information Technology |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 70. | C06881484 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AST 9-2B Agency Standards on Information Technology |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

[1] Agency Standards ("AST").

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 71. | C06881485 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AST 9-2C Agency Standards on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 72. | C06881486 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AST 9-2D Agency Standards on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **28 July 2021 Production** | | | | | | |
| 73. | C06594118 | 19 April 2016 | 3 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 1-4 Agency Regulation on Organization and Authorities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 74. | C06594119 | 19 April 2016 | 3 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 1-5 Agency Regulation on Organization and Authorities (Formerly AR 1-12) |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 75. | C06594120 | 12 June 2002 | 2 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 1-6 Agency Regulation on Organization and Authorities (Formerly AR 1-12A) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 76. | C06594123 | 19 April 2016 | 3 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 1-9 Agency Regulation on Organization and Authorities (Formerly AR 1-13) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 77. | C06593838 | 19 March 2012 | 5 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 1-10A Agency Guidance on Organization and Authorities (Formerly AR 1-19) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 78. | C06593840 | 04 May 2009 | 4 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 1-10C Agency Guidance on Organization and Authorities (Formerly AR 10-9) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 79. | C06593841 | 09 August 2010 | 4 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 1-10D Agency Guidance on Organization and Authorities (Formerly AR 1-18C) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 80. | C06593842 | 23 January 2002 | 2 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AG 1-10F Agency Guidance on Organization and Authorities (Formerly AR 1-17E)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 81. | C06594127 | 19 April 2016 | 3 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 1-13 Agency Regulation on Organization and Authorities (Formerly HR 1-11)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 82. | C06593847 | 14 January 2004 | 3 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 1-13C Agency Guidance on Organization and Authorities (Formerly AR 1-11E)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 83. | C06593852 | 09 October 2009 | 10 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 1-15C Agency Guidance on Organization and Authorities (Formerly AR 1-18BAPPA) |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 84. | C06593853 | 09 August 2001 | 2 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 1-15D Agency Guidance on Organization and Authorities (Formerly AR 1-18D) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 85. | C06593854 | 09 August 2001 | 3 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 1-15E Agency Guidance on Organization and Authorities (Formerly AR 1-18E) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 86. | C06593857 | 25 February 2004 | 3 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 1-20B Agency Guidance on Organization and Authorities (Formerly AR 1-2J) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 87. | C06594135 | 09 January 2015 | 3 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 1-21 Agency Regulation on Organization and Authorities |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 88. | C06593859 | 09 August 2012 | 12 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 1-26A Agency Guidance on Organization and Authorities (Formerly AR 20-101) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 89. | C06594142 | 28 January 2011 | 7 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 1-27 Agency Regulation on Organization and Authorities (Formerly AR 70-22) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 90. | C06594149 | 19 April 2016 | 2 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 1-34 Agency Regulation on Organization and Authorities |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 91. | C06593860 | 29 April 2014 | 10 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 2-2A Agency Guidance on Intelligence Activities |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 92. | C06594173 | 16 August 2002 | 10 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-9 Agency Regulation on Intelligence Activities (Formerly AR 7-5) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 93. | C06594176 | 05 May 2016 | 2 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 2-12 Agency Regulation on Intelligence Activities (Formerly AR 50-4) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 94. | C06594177 | 25 April 2013 | 11 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-13 Agency Regulation on Intelligence Activities (Formerly AR 50-1)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 95. | C06594178 | 07 December 2004 | 5 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-14 Agency Regulation on Intelligence Activities (Formerly AR 50-2)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 96. | C06594183 | 21 July 1988 | 4 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-19 Agency Regulation on Intelligence Activities (Formerly HR 51-2)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 97. | C06594190 | 24 April 2007 | 15 | Denied In Full | (b)(1) (b)(2) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-26 Agency Regulation on Intelligence Activities (Formerly AR 15-1)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
|---|---|---|---|---|---|---|
| 98. | C06594191 | 05 September 2001 | 2 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-27 Agency Regulation on Intelligence Activities (Formerly AR 51-10)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 99. | C06593864 | 18 February 2016 | 21 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 2-36A Agency Guidance on Intelligence Activities (Formerly AR 210-2APPA)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 100. | C06593865 | 21 March 2012 | 7 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 2-36B Agency Guidance on Intelligence Activities (Formerly AR 210-2APPB) |
|------|-----------|---------------|---|----------------|------------------------------------------|--------------------------------------------------------------------------------|
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 101. | C06593866 | 25 November 2008 | 7 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 2-36C Agency Guidance on Intelligence Activities (Formerly AR 210-2APPC) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 102. | C06593867 | 25 November 2008 | 2 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 2-36D Agency Guidance on Intelligence Activities (Formerly AR 210-2APPD) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 103. | C06593868 | 25 November 2008 | 4 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-36E Appendix E Agency Guidance on Intelligence Activities<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 104. | C06593869 | 25 November 2008 | 4 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-36F APPENDIX F Agency Guidance on Intelligence Activities (Formerly AR 210-2APPF)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 105. | C06593870 | 25 November 2008 | 5 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-36G APPENDIX G Agency Guidance on Intelligence Activities (Formerly AR 210-2APPG)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 106. | C06593871 | 25 November 2008 | 17 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-36H Agency Guidance on Intelligence Activities (Formerly AR 210-2APPH)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 107. | C06593872 | 25 November 2008 | 10 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-36I APPENDIX I Agency Guidance on Intelligence Activities (Formerly AR 210-2APPI)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 108. | C06593873 | 25 November 2008 | 4 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-36J APPENDIX J Agency Guidance on Intelligence Activities (Formerly AR 210-2APPJ)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 109. | C06593874 | 25 November 2008 | 7 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-36K Agency Guidance on Intelligence Activities (Formerly AR 210-2APPK)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 110. | C06593895 | 18 February 2016 | 8 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-37A Agency Guidance on Intelligence Activities (Formerly AR 210-3A)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 111. | C06593896 | 18 February 2016 | 9 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-37B Agency Guidance on Intelligence Activities (Formerly AR 210-3APPB)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 112. | C06593897 | 18 February 2016 | 5 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-37C Agency Guidance on Intelligence Activities (Formerly AR 210-3APPNC)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 113. | C06593898 | 25 November 2008 | 6 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-38A Agency Guidance on Intelligence Activities (Formerly AR 210-4APPENDIXA)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 114. | C06593900 | 25 November 2008 | 8 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-38C APPENDIX C Agency Guidance on Intelligence Activities (FORMERLY AR 210-4APPENDC)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **115.** | C06593901 | 25 November 2008 | 4 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 2-38D APPENDIX D Agency Guidance on Intelligence Activities (Formerly AR 210-4APPENDD) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **116.** | C06593902 | 25 February 2014 | 7 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 2-55A Agency Guidance on Intelligence Activities |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **117.** | C06594240 | 17 March 2016 | 10 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 2-56 Agency Regulation on Intelligence Activities |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 118. | C06594241 | 21 January 2015 | 11 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 2-57 Agency Regulation on Intelligence Activities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
|---|---|---|---|---|---|---|
| 119. | C06593904 | 21 July 2015 | 5 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 2-57B Agency Guidance on Intelligence Activities<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 120. | C06593905 | 21 July 2015 | 4 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 2-57C Agency Guidance on Intelligence Activities<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 121. | C06593906 | 21 July 2015 | 10 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-57D Agency Guidance on Intelligence Activities<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 122. | C06593907 | 21 July 2015 | 4 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-57E Agency Guidance on Intelligence Activities<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 123. | C06594242 | 18 September 2015 | 5 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-58 Agency Regulation on Intelligence Activities<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 124. | C06593908 | 21 February 2007 | 12 | Denied In Full | (b)(1)<br>(b)(2)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 3-2A Agency Guidance on Workforce/Human Resource (Formerly AHB 20-2)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 125. | C06594080 | 18 July 2002 | 2 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AN 3-12-33 Agency Notice on Workforce/Human Resource (Formerly AN 20-12-33)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 126. | C06594256 | 13 April 2007 | 3 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 3-16 Agency Regulation on Workforce/Human Resource (Formerly AR 20-63)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 127. | C06594257 | 02 October 2008 | 10 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 3-17 Agency Regulation on Workforce/Human Resource (Formerly AR 50-21)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 128. | C06593912 | 25 June 1993 | 3 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AG 3-20A Agency Guidance on Workforce/Human Resource (Formerly HR 20-ATT1)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 129. | C06594276 | 29 January 2016 | 6 | Denied In Full | (b)(2)<br>(b)(3) CIA Act | AR 3-36 Agency Regulation on Workforce/Human Resource (Formerly AR 20-100)<br><br>Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 130. | C06594278 | 09 August 2012 | 4 | Denied In Full | (b)(2)<br>(b)(3) CIA Act | AR 3-38 9 Agency Regulation on Workforce/Human Resource (Formerly AR 20-100APPB)<br><br>Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 131. | C06594279 | 09 August 2012 | 23 | Denied In Full | (b)(2) (b)(3) CIA Act | AR 3-39 Agency Regulation on Workforce/Human Resource (Formerly AR 20-100APPC) Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
|------|-----------|----------------|----|----------------|------------------------|------|
| 132. | C06594280 | 09 August 2012 | 9 | Denied In Full | (b)(2) (b)(3) CIA Act | AR 3-40 Agency Regulation on Workforce/Human Resource (Formerly AR 20-100APPE) Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 133. | C06594281 | 09 August 2012 | 6 | Denied In Full | (b)(2) (b)(3) CIA Act | AR 3-41 Agency Regulation on Workforce/Human Resource (Formerly AR 20-100APPF) Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 134. | C06594282 | 09 August 2012 | 5 | Denied In Full | (b)(2) (b)(3) CIA Act | AR 3-42 Agency Regulation on Workforce/Human Resource (Formerly AR 20-100APPD) Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **135.** | C06593919 | 26 March 2013 | 7 | Denied In Full | (b)(1)<br>(b)(2)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 4-5A Agency Guidance on Conduct, Accountability, Discipline<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **136.** | C06594300 | 25 February 2008 | 14 | Denied In Full | (b)(2)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 4-15 Agency Regulation on Conduct, Accountability, Discipline (Formerly AR 20-24)<br><br>Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **137.** | C06593921 | 13 August 2015 | 10 | Denied In Full | (b)(2)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 4-17A Agency Guidance on Conduct, Accountability, Discipline<br><br>Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| 138. | C06594308 | 14 July 2006 | 12 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 5-5 Agency Regulation on Compensation, Awards, and Allowances (Formerly AR 23-1) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 139. | C06593923 | 29 April 2009 | 22 | Denied In Full | (b)(1) (b)(2) (b)(3) CIA Act (b)(3) NatSec Act | AG 5-5A Agency Guidance on Compensation, Awards, and Allowances (Formerly AHB 23-1) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 140. | C06594309 | 27 August 2007 | 3 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 5-6 Agency Regulation on Compensation, Awards, and Allowances (Formerly AR 23-9) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 141. | C06594310 | 26 April 2002 | 5 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 5-7 Agency Regulation on Compensation, Awards, and Allowances (Formerly AR 23-3)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 142. | C06594311 | 28 February 2002 | 4 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 5-8 Agency Regulation on Compensation, Awards, and Allowances (Formerly AR 23-4)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 143. | C06594313 | 29 October 2009 | 17 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 5-10 Agency Regulation on Compensation, Awards, and Allowances (Formerly AR 23-10)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 144. | C06594314 | 28 February 2002 | 4 | Denied In Full | (b)(1)<br>(b)(2)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 5-11 Agency Regulation on Compensation, Awards, and Allowances (Formerly AR 20-56)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 145. | C06594091 | 01 October 2003 | 3 | Denied In Full | (b)(1)<br>(b)(2)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AN 5-31-89 Agency Notice on Compensation, Awards, and Allowances (Formerly AN 20-31-89)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 146. | C06594092 | 29 October 2003 | 4 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AN 5-31-90 Agency Notice on Compensation, Awards, and Allowances (Formerly 20-31-90)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 147. | C06594323 | 06 November 2013 | 3 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 5-43 Agency Regulation on Compensation, Awards, and Allowances<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | **29 September 2021 Production** | |
| 148. | C06883705 | 13 April 2018 | 5 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 1-9A  Agency Guidance on Organization and Authorities (Formerly HR 1-13A)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 149. | C06883706 | 03 April 2018 | 4 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 1-9B  Agency Guidance on Organization and Authorities (Formerly HR 1-2H)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 150. | C06883708 | 27 March 2019 | 3 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 1-10G Agency Guidance on Organization and Authorities (Formerly AR 1-17C) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 151. | C06883897 | 30 May 2017 | 10 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 1-12 Agency Regulation on Organization and Authorities (Formerly AR 1-2I) Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 152. | C06883716 | 29 July 2019 | 6 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 1-13A Agency Guidance on Organization and Authorities (Formerly HR1-11C) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 153. | C06884022 | 04 November 2016 | 6 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-4 Agency Regulation on Intelligence Activities (Formerly AR 50-13)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 154. | C06884023 | 17 January 2019 | 7 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-5 Agency Regulation on Intelligence Activities (Formerly AR 51-19)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 155. | C06884024 | 02 October 2019 | 6 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-6 Agency Regulation on Intelligence Activities (Formerly AR 10-21)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **156.** | C06884025 | 31 May 2017 | 12 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-8 Agency Regulation on Intelligence Activities (Formerly AR 50-20) <br><br> Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **157.** | C06884026 | 26 January 2018 | 3 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-10 Agency Regulation on Intelligence Activities (Formerly AR 71-16) <br><br> Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **158.** | C06884028 | 18 March 2019 | 4 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-11 Agency Regulation on Intelligence Activities (Formerly AR 10-2) <br><br> Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 159. | C06884031 | 03 July 2019 | 7 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-29 Agency Regulation on Intelligence Activities<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 160. | C06883725 | 10 April 2018 | 8 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-38B Appendix B Agency Guidance on Intelligence Activities (Formerly AR 210-4APPB)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 161. | C06884033 | 03 August 2020 | 4 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-40 Agency Regulation on Intelligence Activities<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 162. | C06884034 | 04 November 2016 | 13 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-45 Agency Regulation on Intelligence Activities (Formerly AR 220-5)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 163. | C06884035 | 28 July 2016 | 7 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-46 Agency Regulation on Intelligence Activities (Formerly AR 220-6)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 164. | C06884036 | 31 May 2019 | 19 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-47 Agency Regulation on Intelligence Activities (Formerly AR 220-7)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 165. | C06884038 | 26 June 2018 | 6 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-51 Agency Regulation on Intelligence Activities (Formerly AR 23-2)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 166. | C06884039 | 30 September 2016 | 5 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-52 Agency Regulation on Intelligence Activities (Formerly AR 7-19)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 167. | C06883726 | 11 September 2017 | 2 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 2-57A Agency Guidance on Intelligence Activities<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 168. | C06884042 | 18 January 2018 | 5 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-62 Agency Regulation on Intelligence Activities<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 169. | C06884051 | 18 June 2019 | 4 | Denied In Full | (b)(1)<br>(b)(2)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 3-43 Agency Regulation on Workforce/Human Resource (Formerly AR 30-27)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 170. | C06884066 | 11 March 2020 | 6 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 5-12 Agency Regulation on Compensation, Awards, and Allowances (Formerly AR 30-18)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **171.** | C06884083 | 17 November 2016 | 3 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 5-13 Agency Regulation on Compensation, Awards, and Allowances (Formerly AR 3014) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **172.** | C06594325 | 09 January 2015 | 12 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 5-45 Agency Regulation on Compensation, Awards, and Allowances Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **173.** | C06594339 | 23 November 2004 | 10 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 6-12 Agency Regulation on Leave and Benefits (Formerly AR 20-60) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| 174. | C06594102 | 05 May 2003 | 9 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AN 6-36-11 Agency Notice on Leave and Benefits (Formerly AN 20-36-11)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 175. | C06594342 | 30 November 2010 | 3 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 7-3 Agency Regulation on Security and Counterintelligence (Formerly AR 10-4)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 176. | C06594345 | 01 December 2010 | 12 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 7-6 Agency Regulation on Security and Counterintelligence (Formerly AR 10-11)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 177. | C06884096 | 09 May 2018 | 6 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 7-8 Agency Regulation on Security and Counterintelligence (Formerly AR 10-18)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 178. | C06594348 | 17 November 2011 | 30 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 7-9 Agency Regulation on Security and Counterintelligence (Formerly AHB 1-19)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 179. | C06594349 | 30 May 2014 | 17 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 7-10 Agency Regulation on Security and Counterintelligence (Formerly AR 10-29)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **180.** | C06593928 | 22 April 2015 | 4 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 7-10A Agency Guidance on Security and Counterintelligence<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **181.** | C06883734 | 17 September 2019 | 6 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AG 7-10B Agency Guidance on Security and Counterintelligence<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **182.** | C06884097 | 28 March 2019 | 19 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 7-11 Agency Regulation on Security and Counterintelligence (Formerly AR 10-30)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 183. | C06883735 | 15 April 2019 | 26 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 7-11A Agency Guidance on Security and Counterintelligence (Formerly AHB 10-30)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 184. | C06883736 | 15 April 2019 | 23 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 7-11B Agency Guidance on Security and Counterintelligence<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 185. | C06883737 | 15 April 2019 | 18 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 7-11C Agency Guidance on Security and Counterintelligence<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 186. | C06883738 | 15 April 2019 | 8 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 7-11D Agency Guidance on Security and Counterintelligence<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 187. | C06883739 | 15 April 2019 | 11 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 7-11E Agency Guidance on Security and Counterintelligence<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 188. | C06883740 | 15 April 2019 | 7 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 7-11F Agency Regulation on Security and Counterintelligence<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)

CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **189.** | C06883741 | 15 April 2019 | 6 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 7-11G Agency Guidance on Security and Counterintelligence<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **190.** | C06883743 | 16 April 2019 | 11 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 7-11H Agency Guidance on Security and Counterintelligence<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **191.** | C06884099 | 24 January 2017 | 6 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 7-12 Agency Regulation on Security and Counterintelligence<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 192. | C06883744 | 25 March 2017 | 7 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 7-12A Agency Guidance on Security and Counterintelligence<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 193. | C06593930 | 09 August 2006 | 27 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AG 8-2A Agency Guidance on Finance and Acquisitions (Formerly AHB 30-2)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 194. | C06594354 | 26 March 2010 | 6 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 8-4 Agency Regulation on Finance and Acquisitions (Formerly AR 30-4)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 195. | C06593932 | 26 March 2010 | 11 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 8-4A Agency Guidance on Finance and Acquisitions (Formerly AHB 30-4) |
|------|-----------|---------------|----|----------------|------|-----------------------------------------------------------------------|
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 196. | C06593933 | 06 January 2006 | 53 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 8-5A Agency Guidance on Finance and Acquisitions (Formerly AHB 30-5) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 197. | C06593936 | 21 October 2009 | 7 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 8-10A Agency Guidance on Finance and Acquisitions (Formerly AHB 30-9) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **198.** | C06883867 | 04 March 2010 | 3 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AN 8-10-1 Agency Notice on Finance and Acquisitions (Formerly AN 40-10-1)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **199.** | C06594034 | 15 May 2015 | 4 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 8-1 Agency Regulation on Finance and Acquisitions (Formerly AR 30-24)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **200.** | C06594029 | 03 December 2010 | 4 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 8-22 Agency Regulation on Finance and Acquisitions (Formerly AR 40-5)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **201.** | C06594028 | 02 February 2010 | 7 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 8-23 Agency Regulation on Finance and Acquisitions (Formerly AR 40-7)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **202.** | C06594026 | 24 September 2008 | 14 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AR 8-25 Agency Regulation on Finance and Acquisitions (Formerly AR 40-10)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **203.** | C06594025 | 17 December 2010 | 5 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 8-26 Agency Regulation on Finance and Acquisitions (Formerly AR 40-11)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 204. | C06594105 | 21 April 2005 | 6 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AN 9-1-34 Agency Notice on Information Technology (Formerly AN 11-1-34)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 205. | C06883758 | 28 November 2018 | 5 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 9-2A Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 206. | C06883759 | 23 October 2019 | 6 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 9-2B Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 207. | C06594369 | 02 December 2010 | 3 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-6 Agency Regulation on Information Technology (Formerly AR 11-9)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| 208. | C06593942 | 05 August 2013 | 6 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 9-7A Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 209. | C06594371 | 30 March 2016 | 4 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-8 Agency Regulation on Information Technology (Formerly AR 11-15)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 210. | C06594372 | 02 December 2010 | 4 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-9 Agency Regulation on Information Technology (Formerly AR 11-16)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 211. | C06594373 | 11 December 2015 | 9 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 9-10 Agency Regulation on Information Technology (Formerly AR 11-17)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 212. | C06594374 | 06 December 2004 | 6 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-11 Agency Regulation on Information Technology (Formerly AR 11-19)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 213. | C06594149 | 19 April 2016 | 2 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 1-34 Agency Regulation on Organization and Authorities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 214. | C06594378 | 10 September 2010 | 3 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-15 Agency Regulation on Information Technology (Formerly AR 10-51)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 215. | C06593944 | 17 December 2015 | 5 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 9-16A Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 216. | C06884155 | 03 August 2016 | 12 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-17 Agency Regulation on Information Technology (Formerly AR 11-26) Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
|------|-----------|----------------|-----|----------------|----------------------------------|---|
| 217. | C06594381 | 02 December 2010 | 3 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-18 Agency Regulation on Information Technology (Formerly AR 11-27) Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 218. | C06594382 | 22 April 2016 | 5 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-19 Agency Regulation on Information Technology (Formerly AR 11-28) Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 219. | C06594384 | 02 December 2009 | 4 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 9-21 Agency Regulation on Information Technology (Formerly AR 11-30) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 220. | C06593945 | 02 August 2013 | 2 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 9-21A Agency Guidance on Information Technology |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 221. | C06593946 | 06 August 2013 | 5 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 9-23A Agency Guidance on Information Technology |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 222. | C06593947 | 06 August 2013 | 3 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 9-23B Agency Guidance on Information Technology |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | 29 November 2021 Production |
|---|---|---|---|---|---|---|
| **223.** | C06883697 | 04 November 2016 | 3 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AG 1-2A Agency Guidance on Organization and Authorities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **224.** | C06883698 | 23 February 2017 | 6 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 1-2B Agency Guidance on Organization and Authorities<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **225.** | C06883894 | 15 February 2017 | 3 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 1-8 Agency Regulation on Organization and Authorities (Formerly AR 1-13B)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 226. | C06883899 | 08 March 2017 | 3 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 1-23 Agency Regulation on Organization and Authorities (Formerly AR 1-2F)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
|---|---|---|---|---|---|---|
| 227. | C06884041 | 18 November 2019 | 7 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-61 Agency Regulation on Intelligence Activities<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 228. | C06884043 | 19 September 2019 | 9 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 2-63 Agency Regulation on Intelligence Activities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 229. | C06881416 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 9-2N Agency Guidance on Information Technology |
|------|-----------|-------------------|---|----------------|-----------------------|---------------------------------------------------|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 230. | C06881417 | 15 July 2020 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 9-2O Agency Guidance on Information Technology |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 231. | C06881418 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 9-2P Agency Guidance number reserved for future policy regarding Cybersecurity Defense |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 232. | C06881419 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 9-2Q Agency Guidance on Information Technology Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 233. | C06881420 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 9-2R Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 234. | C06881421 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 9-2S Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 235. | C06881422 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 9-2T Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 236. | C06881423 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 9-2U Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 237. | C06881424 | 11 September 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 9-2V Agency Guidance on Information Technology |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 238. | C06881459 | 17 November 2016 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 9-4 Agency Regulation on Information Technology |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 239. | C06881425 | 10 January 2017 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSecAct (b)(5) | AG 9-4A Agency Guidance on Information Technology |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **240.** | C06881461 | 23 March 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AR 9-5 Agency Regulation on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **241.** | C06881462 | 03 December 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 9-24 Agency Regulation on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **242.** | C06881426 | 30 August 2016 | 1 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 9-24A Agency Guidance on Information Technology<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)

CIA *Vaughn* Index

| 243. | C06881427 | 11 May 2017 | 1 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act<br>(b)(5) | AG 9-24B Agency Guidance on Information Technology<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 244. | C06881428 | 08 June 2017 | 1 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act<br>(b)(5) | AG 9-24D Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 245. | C06881429 | 21 September 2017 | 1 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act<br>(b)(5) | AG 9-24E Agency Guidance on Information Technology<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 246. | C06881430 | 1 March 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 9-24F Agency Guidance on Information Technology |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 247. | C06593948 | 07 August 2013 | 2 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 9-25A Agency Guidance on Information Technology |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 248. | C06881463 | 12 December 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AR 9-26  Agency Regulation on Information Technology |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 249. | C06881464 | 23 March 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AR 9-27  Agency Regulation on Information Technology |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **250.** | C06884175 | 19 June 2019 | 6 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 9-28 Agency Regulation on Information Technology<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **251.** | C06881465 | 29 November 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 9-30  Agency Regulation on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **252.** | C06881466 | 25 September 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 9-31  Agency Regulation on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| 253. | C06881467 | 23 March 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AR 9-32  Agency Regulation on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 254. | C06881468 | 14 November 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 9-33  Agency Regulation on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 255. | C06594397 | 06 November 2010 | 2 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-35 Agency Regulation on Information Technology (Formerly AR 71-17)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 256. | C06594398 | 16 November 2010 | 2 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-36 Agency Regulation on Information Technology (Formerly AR 71-18)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 257. | C06594399 | 21 March 2016 | 4 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-37 Agency Regulation on Information Technology (Formerly AR 71-19) |
|------|-----------|---------------|---|----------------|--------------------------------|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 258. | C06594401 | 17 November 2010 | 2 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 9-39 Agency Regulation on Information Technology (Formerly AR 71-21) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 259. | C06594403 | 26 March 2015 | 4 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 9-41 Agency Regulation on Information Technology (Formerly AR 71-23) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 260. | C06881470 | 27 April 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 9-43  Agency Regulation on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| :--- | :--- | :--- | :--- | :--- | :--- | :--- |
| 261. | C06594406 | 17 November 2010 | 5 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 9-44 Agency Regulation on Information Technology (Formerly 60-12)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 262. | C06593949 | 17 November 2010 | 4 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 9-44A Agency Guidance on Information Technology (Formerly AHB 60-4)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 263. | C06881471 | 17 May 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 9-45  Agency Regulation on Information Technology |
|------|-----------|-------------|---|----------------|------------------------------------------|-----------------------------------------------------|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 264. | C06594408 | 29 June 2015 | 4 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-46 Agency Regulation on Information Technology |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 265. | C06881472 | 25 June 2020 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AR 9-48  Agency Regulation on Information Technology |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 266. | C06594410 | 30 June 2016 | 5 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-50 Agency Regulation on Information Technology |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 267. | C06883804 | 07 December 2016 | 2 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 9-50A Agency Guidance on Information Technology |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 268. | C06884179 | 22 July 2016 | 4 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 9-52 Agency Regulation on Information Technology |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 269. | C06884187 | 16 August 2016 | 6 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 9-53 Agency Regulation on Information Technology |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 270. | C06594411 | 31 May 2016 | 3 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-54 Agency Regulation on Information Technology |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 271. | C06881431 | 29 March 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 10-2A  Agency Guidance on Data Management (Formerly AR 70-2APP1) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 272. | C06881432 | 10 June 2020 | 1 | Denied In Full | (b)(5) | AG 10-2B  Agency Guidance on Data Management |
| | | | | | | Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 273. | C06881433 | 14 August 2020 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 10-3C  Agency Guidance on Data Management |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 274. | C06881434 | 14 August 2020 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 10-3D  Agency Guidance on Data Management |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 275. | C06881473 | 17 May 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 10-5  Agency Regulation on Data Management |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 276. | C06881435 | 01 March 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 10-5A  Agency Guidance on Data Management |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **277.** | C06881475 | 22 June 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 10-7  Agency Regulation on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **278.** | C06881476 | 20 July 2017 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 10-19  Agency Regulation on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **279.** | C06881477 | 13 February 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 10-20  Agency Regulation on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 280. | C06881478 | 02 July 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 10-21  Agency Regulation on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 281. | C06594433 | 09 April 2014 | 5 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 10-41 Agency Regulation on Data Management<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 282. | C06881436 | 19 January 2017 | 1 | Denied In Full | (b)(5) | AG 10-41A  Agency Guidance on Data Management<br><br>Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 283. | C06594434 | 09 January 2015 | 10 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 10-42 Agency Regulation on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| 284. | C06881479 | 10 June 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 10-43  Agency Regulation on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 285. | C06881437 | 20 May 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 10-34A  Agency Guidance on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 286. | C06594436 | 22 April 2016 | 9 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 10-44 Agency Regulation on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 287. | C06881480 | 03 January 2017 | 1 | Denied In Full | (b)(5) | AR 10-46  Agency Regulation on Data Management<br><br>Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **288.** | C06881438 | 09 January 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 10-49B  Agency Guidance on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **289.** | C06881439 | 14 August 2020 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 10-51A  Agency Guidance on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **290.** | C06881440 | 06 May 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AG 10-51B  Agency Guidance on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **291.** | C06594042 | 15 March 2011 | 15 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 11-1A AR 11-1, ANNEX A Agency Guidance on Information Safeguarding (Formerly AR 11-1ANNEXA) <br><br> Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **292.** | C06884230 | 05 December 2016 | 20 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AST 11-1A Agency Standards on Information Safeguarding <br><br> Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **293.** | C06594044 | 06 August 2013 | 3 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 11-1C Agency Guidance on Information Safeguarding <br><br> Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **294.** | C06594045 | 06 August 2013 | 2 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 11-1D Agency Guidance on Information Safeguarding<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **295.** | C06594046 | 08 August 2013 | 2 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 11-1F Agency Guidance on Information Safeguarding<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **296.** | C06883829 | 01 September 2016 | 3 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 11-1H Agency Guidance on Information Safeguarding<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 297. | C06594047 | 02 August 2013 | 4 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 11-4A Agency Guidance on Information Safeguarding |
|---|---|---|---|---|---|---|

AG 11-4A Agency Guidance on Information Safeguarding

Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.

This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable.

**28 January 2022 Production**

| 298. | C06594111 | 30 December 2005 | 3 | Denied In Full | (b)(1) (b)(2) (b)(3) CIA Act (b)(3) NatSec Act | AN 14-1-41 Agency Notice on Travel (Formerly AN 23-1-41) |
|---|---|---|---|---|---|---|

AN 14-1-41 Agency Notice on Travel (Formerly AN 23-1-41)

Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.

This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable.

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 299. | C06593998 | 30 December 2009 | 5 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 14-5 Agency Regulation on Travel (Formerly AR 22-6) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 300. | C06883840 | 21 October 2019 | 11 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 14-6A Agency Guidance on Travel Assignments |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 301. | C06594001 | 28 May 2014 | 20 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 14-8 Agency Regulation on Travel (Formerly AR 22-9) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 302. | C06594069 | 01 October 2012 | 2 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 14-8A Agency Guidance on Travel (Formerly AR 22-9ATTA)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 303. | C06594070 | 19 July 2011 | 6 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AG 14-10A Agency Guidance on Travel (Formerly AHB 22-13)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 304. | C06594071 | 10 March 2005 | 15 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AG 14-11A Agency Guidance on Travel (Formerly AHB 22-14)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 305. | C06594008 | 02 April 2008 | 3 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 14-15 Agency Regulation on Travel (Formerly AR 22-25)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 306. | C06594009 | 18 October 2013 | 12 | Denied In Full | (b)(1)<br>(b)(2)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 14-16 Agency Regulation on Travel (Formerly AR 22-27)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 307. | C06594011 | 06 December 2001 | 3 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AR 14-18 Agency Regulation on Travel (Formerly AR 22-26)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 308. | C06594113 | 11 March 2005 | 3 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AN 14-18-5 Agency Notice on Travel (Formerly AN 20-18-5) |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 309. | C06594012 | 02 March 2007 | 6 | Denied In Full | (b)(1) (b)(2) (b)(3) CIA Act (b)(3) NatSec Act | AR 14-19 Agency Regulation on Travel (Formerly AR 22-31) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 310. | C06594014 | 14 February 2012 | 11 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 14-21 Agency Regulation on Travel (Formerly AR 22-28) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 311. | C06594015 | 18 October 2018 | 7 | Denied In Full | (b)(1) (b)(2) (b)(3) CIA Act (b)(3) NatSec Act | AR 14-22 Agency Regulation on Travel (Formerly AR 22-29) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 312. | C06594016 | 21 February 2007 | 2 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 14-23 Agency Regulation on Travel (Formerly AR 50-19) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 313. | C06594075 | 28 December 2011 | 35 | Denied In Full | (b)(1)<br>(b)(2)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 14-23A Agency Guidance on Travel (Formerly AHB 50-ADDENDUM)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 314. | C06594076 | 15 February 2007 | 21 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 14-23B Agency Guidance on Travel (Formerly AHB 50-1)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **315.** | C06594020 | 23 October 2012 | 9 | Denied In Full | (b)(1) (b)(2) (b)(3) CIA Act (b)(3) NatSec Act | AR 14-27 Agency Regulation on Travel (Formerly AR 22-17)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **316.** | C06594021 | 15 January 2016 | 2 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 14-28 Agency Regulation on Travel (Formerly AR 22-18)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **317.** | C06594114 | 30 March 2003 | 3 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AN 14-31-88 Agency Notice on Travel (Formerly AN 20-31-88)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | **29 March 2022 Production** |
|---|---|---|---|---|---|---|
| **318.** | C06594185 | 21 November 2006 | 2 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-22 Agency Regulation on Intelligence Activities (Formerly AR 50-5) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **319.** | C06883699 | 26 July 2018 | 4 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 1-7A Agency Guidance on Organization and Authorities Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **320.** | C06883701 | 14 August 2018 | 4 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 1-7B Agency Guidance on Organization and Authorities Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 321. | C06883703 | 25 July 2018 | 5 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 1-7C Agency Guidance on Organization and Authorities |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 322. | C06883704 | 14 August 2018 | 5 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 1-7D Agency Guidance on Organization and Authorities |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 323. | C06883729 | 30 January 2020 | 5 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 3-12C Agency Guidance on Workforce/Human Resource (Formerly AR 20-61APPC) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 324. | C06883731 | 18 July 2017 | 7 | Denied In Full | (b)(2) (b)(3) CIA Act | AG 3-52A Agency Guidance on Workforce/Human Resource |
| | | | | | | Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 325. | C06883750 | 28 September 2018 | 15 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 9-1A Agency Guidance on Information Technology (Formerly AR 10-27ATT1)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 326. | C06883751 | 09 April 2018 | 6 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 9-1H Agency Guidance on Information Technology<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 327. | C06883753 | 30 April 2018 | 5 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 9-1I Agency Guidance on Information Technology<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 328. | C06883756 | 05 October 2018 | 6 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 9-1L Agency Guidance on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
|---|---|---|---|---|---|---|
| 329. | C06883814 | 18 June 2019 | 1 | Denied In Full | (b)(5) | AG 10-4A Agency Guidance on Data Management<br><br>Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 330. | C06883815 | 18 June 2019 | 1 | Denied In Full | (b)(5) | AG 10-4B Agency Guidance on Data Management<br><br>Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 331. | C06883857 | 16 November 2011 | 4 | Denied In Full | (b)(2) (b)(3) CIA Act | AN 3-17-01 Agency Notice on Workforce/Human Resource (Formerly AN 20-17-01)<br><br>Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 332. | C06883861 | 23 February 2010 | 2 | Denied In Full | (b)(1)<br>(b)(2)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AN 5-31-91 Agency Notice on Compensation, Awards, and Allowances (Formerly AN 20-31-91)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 333. | C06883901 | 10 December 2019 | 4 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AR 1-25 Agency Regulation on Organization and Authorities (Formerly AR 1-3E)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 334. | C06883904 | 05 April 2018 | 4 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AR 1-29 Agency Regulation on Organization and Authorities (Formerly AR 50-8)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 335. | C06883906 | 26 July 2019 | 4 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 1-32 Agency Regulation on Organization and Authorities |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 336. | C06883909 | 02 December 2016 | 6 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 1-35 Agency Regulation on Organization and Authorities |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 337. | C06883910 | 30 May 2017 | 5 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 1-36 Agency Regulation on Organization and Authorities |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 338. | C06884032 | 15 June 2020 | 18 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 2-32 Agency Regulation on Intelligence Activities (Formerly AR 240-1) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

Page **107** of **162**

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 339. | C06884045 | 30 May 2017 | 12 | Denied In Full | (b)(1)<br>(b)(2)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 3-9 Agency Regulation on Workforce/Human Resource (Formerly AR 20-17)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 340. | C06884046 | 18 March 2019 | 12 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AR 3-12 Agency Regulation on Workforce/Human Resource (Formerly AR 20-61)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 341. | C06884053 | 20 April 2020 | 12 | Denied In Full | (b)(2)<br>(b)(3) CIA Act | AR 3-52 Agency Regulation on Workforce/Human Resource<br><br>Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **342.** | C06884054 | 18 December 2018 | 13 | Denied In Full | (b)(2) (b)(3) CIA Act | AR 3-55 Agency Regulation on Workforce/Human Resource<br><br>Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **343.** | C06884055 | 29 May 2019 | **7** | Denied In Full | (b)(2) (b)(3) CIA Act | AR 3-57 Agency Regulation on Workforce/Human Resource<br><br>Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **344.** | C06884062 | 29 May 2019 | 9 | Denied In Full | (b)(2) (b)(3) CIA Act | AR 4-19 Agency Regulation on Conduct, Accountability, Discipline<br><br>Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **345.** | C06884065 | 30 October 2018 | 4 | Denied In Full | (b)(2) (b)(3) CIA Act (b)(3) NatSec Act | AR 5-9 Agency Regulation on Compensation, Awards, and Allowances (Formerly AR 23-7)<br><br>Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 346. | C06884088 | 01 August 2019 | 14 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 5-42  Agency Regulation on Compensation, Awards, and Allowances Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 347. | C06884089 | 08 February 2019 | 5 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 5-44 Agency Regulation on Compensation, Awards, and Allowances Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 348. | C06884141 | 28 November 2017 | 11 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 9-1 Agency Regulation on Information Technology (Formerly AR 10-27) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **27 May 2022 Production** | | | | | | |
| 349. | C06883859 | 05 June 2012 | 3 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AN 5-1-59 Agency Notice on Compensation, Awards, and Allowances (Formerly AN 23-1-59)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **29 September 2022 Production** | | | | | | |
| 350. | C06883746 | 24 September 2019 | 22 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act | AG 8-6A Agency Guidance on Finance and Acquisitions (Formerly AHB 30-6)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **351.** | C06884104 | 02 October 2019 | 8 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act | AR 8-7 Agency Regulation on Finance and Acquisitions (Formerly AR 30-7)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **352.** | C06884109 | 25 October 2017 | 8 | Denied In Full | (b)(3) NatSec Act<br>(b)(3) CIA Act | AR 8-9 Agency Regulation on Finance and Acquisitions (Formerly AR 7-4)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **353.** | C06884110 | 10 May 2019 | 10 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act | AR 8-10 Agency Regulation on Finance and Acquisitions (Formerly AR 30-9)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 354. | C06884138 | 13 May 2019 | 10 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act | AR 8-11 Agency Regulation on Finance and Acquisitions (Formerly AR 30-10)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 355. | C06884142 | 29 April 2018 | 8 | Denied In Full | (b)(3) NatSec Act<br>(b)(3) CIA Act | AR 9-2 Agency Regulation on Information Technology (Formerly AR 11-2)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 356. | C06884143 | 31 December 2018 | 11 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act | AR 9-3 Agency Regulation on Information Technology (Formerly AR 11-7)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **357.** | C06883761 | 04 January 2019 | 9 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AG 9-3A Agency Guidance on Information Technology<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **358.** | C06883791 | 04 January 2019 | 10 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AG 9-3B Agency Guidance on Information Technology<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **359.** | C06883792 | 07 March 2019 | 7 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AG 9-3C Agency Guidance on Information Technology<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 360. | C06883793 | 07 March 2019 | 6 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AG 9-3D Agency Guidance on Information Technology<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 361. | C06883794 | 07 March 2019 | 8 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AG 9-3E Agency Guidance on Information Technology<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 362. | C06883796 | 23 April 2019 | 7 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AG 9-3F Agency Guidance on Information Technology<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 363. | C06883797 | 09 April 2019 | 5 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act | AG 9-3G Agency Guidance on Information Technology<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 364. | C06883798 | 11 May 2017 | 6 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act | AG 9-24C Agency Guidance on Information Technology<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 365. | C06884174 | 23 May 2017 | 6 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act | AR 9-25 Agency Regulation on Information Technology (Formerly AR 71-3)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **366.** | C06884177 | 29 June 2017 | 6 | Denied In Full | (b)(3) NatSec Act (b)(3) CIA Act | AR 9-38 Agency Regulation on Information Technology (Formerly AR 71-20) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **367.** | C06883799 | 29 August 2018 | 6 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AG 9-41A Agency Guidance on Information Technology |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **368.** | C06883802 | 01 February 2018 | 7 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AG 9-42A Agency Guidance on Information Technology |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **369.** | C06883803 | 26 July 2018 | 10 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act | AG 9-44B Agency Guidance on Information Technology<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **370.** | C06883805 | 19 September 2016 | 3 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act | AG 9-53A Agency Guidance on Information Technology<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **371.** | C06594441 | 30 June 2016 | 4 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act | AR 11-6 Agency Regulation on Information Safeguarding (Formerly AR 51-5)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 372. | C06594443 | 01 December 2010 | 4 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act | AR 11-8 Agency Regulation on Information Safeguarding (Formerly AR 10-3)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 373. | C06594444 | 18 April 2016 | 6 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act | AR 11-9 Agency Regulation on Information Safeguarding (Formerly AR 10-47)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 374. | C06594445 | 01 December 2010 | 2 | Denied In Full | (b)(3) NatSec Act<br>(b)(3) CIA Act | AR 11-10 Agency Regulation on Information Safeguarding (Formerly AR 10-49)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 375. | C06594048 | 01 August 2013 | 4 | Denied In Full | (b)(3) NatSec Act (b)(3) CIA Act | AG 11-10A Agency Guidance on Information Safeguarding |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 376. | C06884209 | 21 October 2019 | 7 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AR 11-11 Agency Regulation on Information Safeguarding (Formerly AR 10-41) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 377. | C06883835 | 18 November 2019 | 4 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AG 11-11A Agency Guidance on Information Safeguarding |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **378.** | C06594050 | 23 June 2014 | 27 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AG 12-2B Agency Guidance on Agency Property (Logistics, Facilities, Access, Management)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **379.** | C06594449 | 01 December 2010 | 12 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AR 12-3 Agency Regulation on Agency Property (Logistics, Facilities, Access, Management) (Formerly AR 10-12)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **380.** | C06594051 | 02 November 2007 | 4 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AG 12-3A Agency Guidance on Agency Property (Logistics, Facilities, Access, Management) (Formerly AR 10-12 APPA)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 381. | C06594052 | 01 August 2013 | 3 | Denied In Full | (b)(3) NatSec Act (b)(3) CIA Act | AG 12-3B Agency Guidance on Agency Property (Logistics, Facilities, Access, Management)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 382. | C06594053 | 01 August 2013 | 4 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AG 12-3C Agency Guidance on Agency Property (Logistics, Facilities, Access, Management)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 383. | C06594054 | 01 August 2013 | 2 | Denied In Full | (b)(3) NatSec Act (b)(3) CIA Act | AG 12-3D Agency Guidance on Agency Property (Logistics, Facilities, Access, Management)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 384. | C06594450 | 05 November 2008 | 8 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AR 12-4 Agency Regulation on Agency Property (Logistics, Facilities, Access, Management) (Formerly AR 60-11) |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 385. | C06594453 | 09 April 2008 | 4 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AR 12-7 Agency Regulation on Agency Property (Logistics, Facilities, Access, Management) (Formerly AR 45-17) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 386. | C06881441 | 29 April 2019 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AG 12-12A Agency Guidance on Agency Property (Logistics, Facilities, Access, Management) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 387. | C06594459 | 01 December 2010 | 5 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act | AR 12-13 Agency Regulation on Agency Property (Logistics, Facilities, Access, Management) (Formerly AR 10-42)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 388. | C06594061 | 23 April 1999 | 33 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act<br>(b)(6) | AG 12-15A Agency Guidance on Agency Property (Logistics, Facilities, Access, Management) (Formerly AHB 45-3)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(6) was asserted to protect information that would constitute a clearly unwarranted invasion of personal privacy of the individuals involved.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 389. | C06594463 | 17 May 2016 | 2 | Denied In Full | (b)(3) NatSec Act<br>(b)(3) CIA Act | AR 12-17 Agency Regulation on Agency Property (Logistics, Facilities, Access, Management) (Formerly AR 110-1)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

Page **124** of **162**

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 390. | C06881442 | 17 May 2016 | 1 | Denied In Full | (b)(3) NatSec Act (b)(3) CIA Act (b)(5) | AG 12-17A Agency Guidance on Agency Property (Logistics, Facilities, Access, Management) |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 391. | C06593955 | 04 September 2009 | 8 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AR 12-18 Agency Regulation on Agency Property (Logistics, Facilities, Access, Management) (Formerly AR 10-45) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 392. | C06594063 | 08 August 2013 | 2 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AG 12-18A Agency Guidance on Agency Property (Logistics, Facilities, Access, Management) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 393. | C06594107 | 01 September 2004 | 3 | Denied In Full | (b)(3) NatSec Act (b)(3) CIA Act | AN 13-1-2 Agency Notice on Special Reporting Requirements/Restrictions (Formerly AN 7-1-42)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
|---|---|---|---|---|---|---|
| 394. | C06593960 | 16 October 2008 | 5 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AR 13-2 Agency Regulation on Special Reporting Requirements/Restrictions (Formerly AR 10-26)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 395. | C06881481 | 28 November 2018 | 1 | Denied In Full | (b)(3) NatSec Act (b)(3) CIA Act (b)(5) | AR 13-8  Agency Regulation on Special Reporting Requirements/Restrictions<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 396. | C06881443 | 07 January 2019 | 1 | Denied In Full | (b)(3) NatSec Act (b)(5) | AG 13-8A Agency Guidance on Special Reporting Requirements/Restrictions (Formerly HR 51-12ATT1) |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 397. | C06884217 | 10 April 2019 | 3 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AR 13-9 Agency Regulation on Special Reporting Requirements/Restrictions (Formerly AR 7-18) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 398. | C06593970 | 28 August 2009 | 10 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AR 13-12 (U//FOUO) Agency Regulation on Special Reporting Requirements/Restrictions (Formerly AR 10-28) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 399. | C06593971 | 18 March 2010 | 11 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act | AR 13-13 (U//FOUO) Agency Regulation on Special Reporting Requirements/Restrictions (Formerly AR 10-31)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 400. | C06593972 | 24 April 2009 | 6 | Denied In Full | (b)(3) NatSec Act<br>(b)(3) CIA Act | AR 13-14 (U//FOUO) Agency Regulation on Special Reporting Requirements/Restrictions (Formerly AR 10-5)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 401. | C06593973 | 27 January 2012 | 7 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act | AR 13-15 Agency Regulation on Special Reporting Requirements/Restrictions (Formerly AR 10-14)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| 402. | C06594109 | 31 March 2003 | 11 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AN 13-15-21 Agency Notice on Special Reporting Requirements/Restrictions (Formerly AN 10-15-21) |

Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.

This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable.

| | | | | | | |
|---|---|---|---|---|---|---|
| 403. | C06881482 | 05 November 2019 | 1 | Denied In Full | (b)(3) NatSec Act (b)(3) CIA Act (b)(5) | AR 14-1 Agency Regulation on Travel |

Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.

This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable.

| | | | | | | |
|---|---|---|---|---|---|---|
| 404. | C06594110 | 10 October 2002 | 4 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AN 14-1-37 Agency Notice on Travel (Formerly AN 23-1-37) |

Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.

This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable.

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **405.** | C06881444 | 03 August 2017 | 1 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act<br>(b)(5) | AG 14-1A Agency Guidance on Travel<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **406.** | C06881445 | 03 August 2017 | 1 | Denied In Full | (b)(1)<br>(b)(3) NatSec Act<br>(b)(3) CIA Act<br>(b)(5) | AG 14-16B Agency Guidance on Travel<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | **29 November 2022 Production** |
|---|---|---|---|---|---|---|
| **407.** | C06883915 | 13 March 2017 | 7 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AR 2-2C ANNEX C – Agency Regulation on Intelligence Activities (Formerly HR 7-1 ANNC) <br><br> Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **408.** | C06884029 | 25 July 2017 | 5 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AR 2-1 Agency Regulation on Intelligence Activities (Formerly AR 50-12) <br><br> Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 409. | C06883724 | 28 July 2017 | 7 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AG 2-16A Agency Guidance on Intelligence Activities <br><br> Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
|---|---|---|---|---|---|---|
| 410. | C06884030 | 04 March 2020 | 12 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AR 2-25 Agency Regulation on Intelligence Activities (Formerly AHB 7-1) <br><br> Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 411. | C06940388 | 14 December 2014 | 14 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AR 8-20 Agency Regulation on Finance and Acquisitions (Formerly AR 40-4) <br><br> Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 412. | C06883811 | 23 April 2019 | 7 | Denied In Full | (b)(3) NatSec Act (b)(3) CIA Act | AG 10-3E Agency Guidance on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 413. | C06883812 | 22 April 2019 | 9 | Denied In Full | (b)(3) NatSec Act (b)(3) CIA Act | AG 10-3F Agency Guidance on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 414. | C06884199 | 29 April 2018 | 8 | Denied In Full | (b)(3) NatSec Act (b)(3) CIA Act | AR 10-47 Agency Regulation on Data Management (Formerly AR 10-20, AR 10-21, and HR 51-8)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 415. | C06884204 | 15 June 2018 | 17 | Denied In Full | (b)(3) NatSec Act (b)(3) CIA Act | AR 10-51 Agency Regulation on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **416.** | C06883825 | 11 July 2018 | 36 | Denied In Full | (b)(3) NatSec Act (b)(3) CIA Act | AG 10-51C Agency Guidance on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **417.** | C06883830 | 07 March 2019 | 15 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AG 11-1L Agency Guidance on Information Safeguarding<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **418.** | C06883837 | 28 November 2016 | 13 | Denied In Full | (b)(1) (b)(2) (b)(3) NatSec Act (b)(3) CIA Act | AG 13-1C Agency Guidance on Special Reporting Requirements/Restrictions<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 419. | C06883839 | 21 December 2016 | 3 | Denied In Full | (b)(3) NatSec Act (b)(3) CIA Act | AG 13-1D Agency Guidance on Special Reporting Requirements/Restrictions |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 420. | C06884228 | 30 December 2019 | 5 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AR 14-14 Agency Regulation on Travel (Formerly AR 22-23) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 421. | C06883855 | 24 April 2019 | 4 | Denied In Full | (b)(1) (b)(3) NatSec Act (b)(3) CIA Act | AG 14-21A Agency Guidance on Travel (Formerly AR 22-28ATTACH1) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **31 January 2023 Production** | | | | | | |
| 422. | C06881446 | 30 March 2018 | 2 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 1-14 Agency Regulation on Organization and Authorities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 423. | C06881469 | 23 March 2018 | 1 | Denied In Full | (b)(3) CIA Act (b)(5) | AR 9-40 Agency Regulation on Information Technology<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 424. | C06884190 | 18 March 2019 | 6 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act (b)(5) | AR 10-3 Agency Regulation on Data Management (Formerly AR 70-3)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. Exemption (b)(5) was asserted to protect pre-decisional intra-agency deliberations related to recommendations made to Agency decisionmakers, including comments on draft directives.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **29 March 2023 Production** | | | | | | |
| 425. | C06883820 | 10 September 2019 | 4 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 10-4C Agency Guidance on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 426. | C06883821 | 11 January 2018 | 19 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 10-49A Agency Guidance on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 427. | C06883810 | 22 April 2019 | 4 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 10-3B Agency Guidance on Data Management (Formerly AR 70-3ANNB)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 428. | C06883807 | 13 December 2018 | 3 | Denied In Full | (b)(3) CIA Act | AG 10-1B Agency Guidance on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 429. | C06883809 | 06 January 2020 | 4 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 10-3A Agency Guidance on Data Management (Formerly AR 70-3ANNA3ANNA) |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 430. | C06884044 | 11 April 2018 | 8 | Denied In Full | (b)(3) CIA Act | AR 2-64 (U//AIUO Agency Regulation on Intelligence Activities |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 431. | C06884191 | 31 December 2018 | 4 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 10-4 Agency Regulation on Data Management (Formerly AHB 70-9) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 432. | C06883865 | 18 June 2012 | 3 | Denied In Full | (b)(3) CIA Act | AN 6-30-113 Agency Notice on Leave and Benefits (Formerly AN 20-30-113) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 433. | C06883842 | 24 April 2019 | 4 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AG 14-11B Agency Guidance on Travel |
|------|-----------|---------------|---|----------------|------------------------------------------|--------------------------------------|
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 434. | C06883863 | 24 August 2010 | 4 | Denied In Full | (b)(3) CIA Act | AN 6-30-112 Agency Notice on Leave and Benefits (Formerly AN 20-30-112) Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 435. | C06594030 | 20 December 2012 | 8 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 8-21 Agency Regulation on Finance and Acquisitions (Formerly AR 40-8) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 436. | C06883730 | 11 July 2019 | 14 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 3-12D Agency Guidance on Workforce/Human Resource<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
|---|---|---|---|---|---|---|
| 437. | C06882523 | 18 October 2013 | 1 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | RESCISSION SUMMARY AN 5-1-48<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 438. | C06882524 | 18 October 2013 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | RESCISSION SUMMARY AN 5-1-54<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 439. | C06882525 | 28 February 2020 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | RESCISSION SUMMARYAN 5-1-55<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **440.** | C06882527 | 18 October 2013 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | RESCISSION SUMMARY AN 5-1-56 <br><br> Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **441.** | C06882528 | 27 February 2020 | 1 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | RESCISSION SUMMARY AN 5-1-57 <br><br> Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **442.** | C06882529 | 18 October 20132013 2013 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | RESCISSION SUMMARY AN 5-1-61 <br><br> Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **443.** | C06882530 | 18 October 2013 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | RESCISSION SUMMARY AN 5-1-62 <br><br> Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. <br><br> This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 444. | C06882532 | 08 July 2013 | 1 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | RESCISSION SUMMARY AN 5-31-97<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
|---|---|---|---|---|---|---|
| 445. | C06882533 | 05 August 2014 | 1 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | RESCISSION SUMMARY AN 5-31-98<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 446. | C06882556 | 09 January 2015 | 1 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | RESCISSION SUMMARY AN 14-10-1<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 447. | C06882619 | 23 July 2013 | 1 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | RESCISSION SUMMARY AR 5-17 |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **25 May 2023 Production** | | | | | | |
| 448. | C06883836 | 04 June 2019 | 4 | Denied In Full | (b)(3) CIA Act | AG 13-1A Agency Guidance on Special Reporting Requirements/Restrictions (Formerly AR 13-2APPI) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 449. | C06883912 | 17 March 2017 | 41 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 2-1 Agency Regulation on Intelligence Activities (Formerly FR 7-1) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 450. | C06883913 | 19 December 2018 | 26 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 2-2 Agency Regulation on Intelligence Activities (Formerly HR 7-1)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 451. | C06883918 | 02 May 2017 | 13 | Denied In Full | (b)(3) CIA Act | AR 2-2D Agency Regulation on Intelligence Activities (Formerly AR 7-1ANND)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 452. | C06884049 | 31 December 2018 | 6 | Denied In Full | (b)(3) CIA Act | AR 3-32 Agency Regulation on Workforce/Human Resource (Formerly AR 7-9)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 453. | C06884219 | 19 July 2017 | 6 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 13-16 Agency Regulation on Special Reporting Requirements/Restrictions (Formerly AR 6-6)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
|------|-----------|--------------|---|----------------|-----------------------------------------------|---|
| 454. | C06884220 | 05 September 2017 | 10 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AR 13-18 Agency Regulation on Special Reporting Requirements/Restrictions (Formerly AR 20-58)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 455. | C06884227 | 31 July 2018 | 5 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 14-13 Agency Regulation on Travel (Formerly AR 22-21)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 456. | C06996347 | 30 June 2016 | 4 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 4-13 Agency Regulation on Conduct, Accountability, Discipline (Formerly AR 45-19) |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 457. | C06996337 | 04 December 2007 | 3 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 3-33 Agency Regulation on Workforce/Human Resource (Formerly AR 7-17) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 458. | C06996361 | 13 August 2015 | 23 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 13-1 Agency Regulation on Special Reporting Requirements/Restrictions (Formerly AR 13-2) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 459. | C06882492 | 25 September 2014 | 1 | Denied In Full | (b)(3) CIA Act | RESCISSION SUMMARY AG 1-15A |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **460.** | C06882531 | 19 August 2013 | 1 | Denied In Full | (b)(3) CIA Act | RESCISSION SUMMARY AN 5-21-23<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **461.** | C06882535 | 13 February 2020 | 1 | Denied In Full | (b)(3) CIA Act | RESCISSION SUMMARY AN 6-2-1<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **462.** | C06594404 | 07 September 2014 | 3 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 9-42 Agency Regulation on Information Technology (Formerly AR 71-25)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 463. | C06593915 | 06 December 2010 | 16 | Denied In Full | (b)(1)<br>(b)(2)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AG 4-1A Appendix I Agency Guidance on Conduct, Accountability, Discipline (Formerly AR 13-1APPI)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(2) was asserted to protect information related solely to internal Agency personnel rules and practices. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 464. | C06996335 | 23 March 2000 | 10 | Denied In Full | (b)(3) CIA Act | AR 1-17 Agency Regulation on Organization and Authorities<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 465. | C06996369 | 04 January 2010 | 7 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 14-4 Agency Regulation on Travel (Formerly AR 22-5)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 466. | C07003281 | 24 April 2012 | 6 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 9-7 Agency Regulation on Information Technology (Formerly AR 11-10)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 467. | C07003279 | 10 February 2015 | 6 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AR 8-17 Agency Regulation on Finance and Acquisitions (Formerly AR 30-25)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 468. | C06883893 | 21 October 2019 | 7 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 1-7 Agency Regulation on Organization and Authorities (Formerly AR 1-12B)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 469. | C07003310 | 19 April 2016 | 4 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 1-10 Agency Regulation on Organization and Authorities (Formerly AR 1-2C) |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 470. | C06996341 | 31 May 2016 | 5 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 3-54 Agency Regulation on Workforce/Human Resource |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 471. | C06996344 | 18 October 2013 | 5 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 4-7 Agency Regulation on Conduct, Accountability, Discipline (Formerly AR 13-6) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 472. | C07003278 | 19 April 2016 | 9 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 1-2 Agency Regulation on Organization and Authorities (Formerly AR 1-2A) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 473. | C06594383 | 09 January 2015 | 3 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AR 9-2020 Agency Regulation on Information Technology (Formerly AR 11-29)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 474. | C06594385 | 11 April 2012 | 4 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 9-23 Agency Regulation on Information Technology (Formerly AR 11-32)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 475. | C06884194 | 25 June 2020 | 2 | Denied In Full | (b)(3) CIA Act | AR 10-10 Agency Regulation on Data Management (Formerly AR 70-20)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 476. | C06884196 | 08 January 2018 | 2 | Denied In Full | (b)(3) CIA Act | AR 10-11 Agency Regulation on Data Management (Formerly AR 51-16)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 477. | C06883823 | 28 February 2018 | 4 | Denied In Full | (b)(3) CIA Act | AG 10-50A Agency Guidance on Data Management |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 478. | C06883827 | 03 July 2018 | 6 | Denied In Full | (b)(3) CIA Act | AG 10-51D Agency Guidance on Data Management |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 479. | C06883828 | 27 March 2018 | 9 | Denied In Full | (b)(3) CIA Act | AG 10-53A Agency Guidance on Data Management |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 480. | C06884212 | 04 October 2019 | 5 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 12-8 Agency Regulation on Agency Property (Logistics, Facilities, Access, Management) (Formerly AR 1-5) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 481. | C06884213 | 10 May 2019 | 8 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 12-9 Agency Regulation on Agency Property (Logistics, Facilities, Access, Management) (Formerly AR 45-5)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 482. | C06884229 | 28 March 2019 | 4 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 14-24 Agency Regulation on Travel (Formerly AR 15-5)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 483. | C06996333 | 06 March 2014 | 2 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AG 4-18A Agency Guidance on Conduct, Accountability, Discipline<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **484.** | C06996339 | 27 April 2012 | 6 | Denied In Full | (b)(3) CIA Act | AR 3-53 Agency Regulation on Workforce/Human Resource<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **485.** | C06996342 | 30 October 2008 | 6 | Denied In Full | (b)(3) CIA Act | AR 4-5 Agency Regulation on Conduct, Accountability, Discipline (Formerly AR 13-4)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **486.** | C06996348 | 11 December 2006 | 11 | Denied In Full | (b)(3) CIA Act | AR 4-16 Agency Regulation on Conduct, Accountability, Discipline (Formerly AR 13-8)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **487.** | C06996357 | 24 September 2012 | 7 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AR 10-15 Agency Regulation on Data Management (Formerly AR 70-14)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 488. | C06996359 | 26 January 2012 | 5 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 10-16 Agency Regulation on Data Management (Formerly AR 70-5) |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 489. | C06996367 | 25 June 2011 | 12 | Denied In Full | (b)(3) CIA Act | AR 13-10 Agency Regulation on Special Reporting Requirements/Restrictions (Formerly AR 6-2) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 490. | C06996336 | 07 May 2004 | 4 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 3-13 Agency Regulation on Workforce/Human Resource (Formerly AR 20-55) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 491. | C06996350 | 07 February 2002 | 3 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 5-4 Agency Regulation on Compensation, Awards, and Allowances (Formerly AR 20-42) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 492. | C06996351 | 03 August 2015 | 7 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 5-47 Agency Regulation on Compensation, Awards, and Allowances |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 493. | C06996352 | 21 December 2012 | 5 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 6-7 Agency Regulation on Leave and Benefits (Formerly AR 20-90) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 494. | C06996353 | 14 April 2015 | 11 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 8-28 Agency Regulation on Finance and Acquisitions |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 495. | C06996354 | 23 February 2016 | 5 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-12 Agency Regulation on Information Technology (Formerly AR 11-20) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 496. | C06996355 | 09 January 2015 | 3 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-20 Agency Regulation on Information Technology (Formerly AR 11-29) |
|---|---|---|---|---|---|---|
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 497. | C06996356 | 13 July 2016 | 7 | Denied In Full | (b)(3) CIA Act | AR 10-12 Agency Regulation on Data Management (Formerly AR 70-13) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 498. | C06883806 | 26 November 2018 | 10 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AG 10-1A Agency Guidance on Data Management (Formerly AHB 70-1) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 499. | C06884093 | 17 February 2017 | 10 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 6-4 Agency Regulation on Leave and Benefits (Formerly AR 20-47) |
| | | | | | | Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

Page **157** of **162**

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **500.** | C06884100 | 31 December 2018 | 15 | Denied In Full | (b)(1) (b)(3) CIA Act (b)(3) NatSec Act | AR 8-2 Agency Regulation on Finance and Acquisitions (Formerly AR 30-2) Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **501.** | C06884176 | 29 June 2017 | 5 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 9-29 Agency Regulation on Information Technology (Formerly AR 71-10) Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **502.** | C06884188 | 28 November 2018 | 8 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 10-1 Agency Regulation on Data Management (Formerly AR 70-1) Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **503.** | C06884189 | 31 December 2018 | 7 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 10-2 Agency Regulation on Data Management (Formerly AR 70-2) Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

Page **158** of **162**

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| | | | | | | |
|---|---|---|---|---|---|---|
| **504.** | C06884192 | 18 March 2019 | 7 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 10-6 Agency Regulation on Data Management (Formerly AR 70-12) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **505.** | C06884193 | 25 April 2018 | 7 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 10-8 Agency Regulation on Data Management (Formerly AR 70-19) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **506.** | C06884198 | 15 February 2017 | 7 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 10-18 Agency Regulation on Data Management (Formerly AR 6-1) |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| **507.** | C06884201 | 08 January 2018 | 9 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 10-49 Agency Regulation on Data Management |
| | | | | | | Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods. |
| | | | | | | This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 508. | C06884203 | 26 February 2018 | 6 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 10-50 Agency Regulation on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 509. | C06884205 | 19 March 2018 | 4 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 10-53 Agency Regulation on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 510. | C06884206 | 02 April 2018 | 3 | Denied In Full | (b)(3) CIA Act (b)(3) NatSec Act | AR 10-54 Agency Regulation on Data Management<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 511. | C06884210 | 31 May 2017 | 18 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 12-2 Agency Regulation on Agency Property (Logistics, Facilities, Access, Management) (Formerly AR 45-1)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 512. | C06884211 | 08 March 2018 | 15 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 12-6 Agency Regulation on Agency Property (Logistics, Facilities, Access, Management) (Formerly AR 46-1)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities, intelligence sources and methods, and information pertaining to foreign relations or foreign activities of the United States. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| 513. | C06884214 | 28 March 2019 | 8 | Denied In Full | (b)(3) CIA Act<br>(b)(3) NatSec Act | AR 12-2 Agency Regulation on Agency Property (Logistics, Facilities, Access, Management) (Formerly AR 45-13)<br><br>Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |

UNCLASSIFIED

UNCLASSIFIED

MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY (CIA), 1:20-CV-02474 (D.D.C.)
CIA *Vaughn* Index

| 514. | C06884216 | 28 November 2018 | 12 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 12-14 (U Agency Regulation on Agency Property (Logistics, Facilities, Access, Management) (Formerly AR 7-21)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |
| --- | --- | --- | --- | --- | --- | --- |
| 515. | C06884221 | 29 May 2019 | 7 | Denied In Full | (b)(1)<br>(b)(3) CIA Act<br>(b)(3) NatSec Act | AR 13-19 Agency Regulation on Special Reporting Requirements/Restrictions (Formerly AR 10-32)<br><br>Exemption (b)(1) was asserted to protect national security information that is currently and properly classified under Executive Order 13526 as intelligence activities and intelligence sources and methods. Exemption (b)(3) CIA Act was asserted to protect information regarding the organization or functions of the Agency and information regarding Agency personnel, including the names of Agency components, and personnel identification numbers and names. Exemption (b)(3) National Security Act was asserted to protect intelligence sources and methods, including controlled access and dissemination control markings.<br><br>This document is withheld in full because there is no meaningful, non-exempt information that is reasonably segregable. |