**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MUCKROCK, LLC,                          *
                                        *
    Plaintiff,                          *
                                        *
v.                                      *    Civil Action No. 1:20-cv-02474 (JMC)
                                        *
CENTRAL INTELLIGENCE AGENCY,            *
                                        *
    Defendant.                          *
                                        *
*    *    *    *    *    *    *    *    *    *    *    *    *

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT**
**OF TIME WITHIN WHICH TO FILE OPPOSITION TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff MuckRock, LLC to respectfully request a 23-day extension, until 2 September 2026, of the deadline for filing its Opposition to Defendant's Motion for Summary Judgment, Dkt. #47. Defendant does not oppose this Motion.

Plaintiff has good cause to request this extension. In the last two weeks, the undersigned's time has been largely monopolized by a complex discovery matter, which is due this week. Prior to that, he had no reason to expect difficulties in the discovery process, or else he would have prioritized completing this brief before finalizing the discovery response. While he would normally request a relatively short extension, since his work on this brief is partially complete, he will be out of town next week attending a conference, and undergoing surgery upon his return. Accordingly, he asks for approximately three weeks to complete this brief.

This is the first extension requested for this brief. A proposed Order accompanies this Motion.

Date:    August 10, 2026

Respectfully submitted,

  /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

2