**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MUCKROCK, LLC,                          *
                                        *
    Plaintiff,               *
                                        *
    v.                       *          Civil Action No. 1:20-cv-02474 (JMC)
                                        *
CENTRAL INTELLIGENCE AGENCY,            *
                                        *
    Defendant.               *
                                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION OF Plaintiff's Unopposed Motion for Enlargement of Time

Within Which to File Its Opposition to Defendant's Motion for Summary Judgment, and the

entire record herein, it is this _____ day of _____, 2026,

    **ORDERED** that Plaintiff's Motion is **GRANTED**; and

    **FURTHER ORDERED** that Plaintiff shall file its Opposition no later than September 2,

2026.

                      _____
                      Jia M. Cobb
                      United States District Judge