**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MUCKROCK, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:20-cv-02474 (JMC) |
| | * | |
| CENTRAL INTELLIGENCE AGENCY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * *

**PLAINTIFF'S NOTICE OF NON-FILING OF BRIEF**

NOW COMES Plaintiff MuckRock, LLC to respectfully advise the Court that it will not be filing an Opposition to Defendant's Motion for Summary Judgment, Dkt. #47. Plaintiff does not agree that Defendant is entitled to summary judgment; it simply no longer wishes to continue litigating these six-year-old FOIA requests for potentially outdated agency rules. The undersigned will accordingly be conferring with Defendant's counsel to determine if a stipulation of dismissal can be filed, as well as seeking to resolve the question of costs and attorneys' fees without further action by the Court. Plaintiff accordingly requests that the Court issue an order directing it to file a status report by 28 October 2026 regarding these negotiations.

Date: September 2, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*