**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MUCKROCK, LLC**, Plaintiff, v. **CENTRAL INTELLIGENCE AGENCY**, Defendant. | ) | Case No. 20-cv-2474 (JMC) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the voluntary dismissal of this case with prejudice.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

and

s/Kelly B. McClanahan___
KELLY B. MCCLANAHAN
D.C. Bar No. 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
Tel.: (501) 301-4672
Fax: 240-681-2189
E-mail: kel@nationalsecuritylaw.org

*Attorney for Plaintiff*

Date: October 28, 2026