**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MUCKROCK, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:20-cv-02474 (JMC) |
| | * | |
| CENTRAL INTELLIGENCE AGENCY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * *

**PLAINTIFF'S CONSENT MOTION TO GOVERN FUTURE PROCEEDINGS**

NOW COMES Plaintiff MuckRock, LLC, pursuant to Local Civil Rule 54.2(a), to respectfully request that the Court enter the order described in that section, directing the parties to confer and to attempt to reach agreement on fee issues and extending the deadline for filing a petition under Federal Rule of Civil Procedure 54(d)(2)(B). Plaintiff proposes that the Court order the parties to file a status report no later than December 18, 2026, updating the Court on the progress of these negotiations and, if necessary, proposing a schedule for completion of the fee litigation. Defendant consents to this Motion.

Plaintiff has good cause to request this relief. The parties have previously discussed Plaintiff's potential entitlement to costs and attorneys' fees pursuant to the catalyst theory normally applied in Freedom of Information Act cases, and they agree that it is worth attempting to reach a negotiated settlement before resorting to formal litigation on the matter.

A proposed Order accompanies this Motion.

Date: October 28, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*