**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MUCKROCK, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:20-cv-02474 (JMC) |
| | * | |
| CENTRAL INTELLIGENCE AGENCY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * *

**ORDER**

UPON CONSIDERATION OF Plaintiff's Consent Motion to Govern Future Proceedings, and the entire record herein, it is this _______ day of ____________, 2026,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that the parties shall file a joint status report no later than December 18, 2026, regarding the question of costs and attorneys' fees.

___________________________________
Jia M. Cobb
United States District Judge